AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Snyder, Christina A. | Central District of California | 06/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date <br> ☐ Initial   ✔ Annual   ☐ Final <br><br> 5b. ✔ Amended Report | 01/01/2018 <br> **to** <br> 12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
312 Spring Street
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | ▬▬▬▬▬▬▬ |
| 2. | 2018 | Nexis-Lexis Book Royalty Income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortage on ▮▮▮▮▮ property | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 1 - Genter Advisors Schwab IRA Acct #1 H | | | | | | | | | |
| 2. Altria Group Inc. - Stock | B | Int./Div. | K | T | | | | | |
| 3. Boeing Company - Stock | A | Int./Div. | | | Sold (part) | 03/02/18 | J | C | |
| 4. | | | | | Sold (part) | 03/27/18 | J | D | |
| 5. | | | | | Sold | 08/29/18 | J | D | |
| 6. Schlumberger LTD - Stock | B | Int./Div. | J | T | Sold (part) | 11/20/18 | K | A | |
| 7. Total SA - SPON ADR - Stock | C | Int./Div. | L | T | | | | | |
| 8. Verizon Communications - Stock | C | Int./Div. | L | T | Buy (add'l) | 01/19/18 | K | | |
| 9. Metlife Inc - Stock | B | Int./Div. | K | T | | | | | |
| 10. Microsoft Corp - Stock | A | Int./Div. | K | T | Sold (part) | 09/13/18 | K | D | |
| 11. United Parcel Service - CL B - Stock | B | Int./Div. | K | T | | | | | |
| 12. Pfizer Inc - Stock | A | Int./Div. | | | Sold (part) | 03/02/18 | J | B | |
| 13. | | | | | Sold | 06/11/18 | K | C | |
| 14. Royal Dutch Shell PLC A - ADR - Stock | B | Int./Div. | K | T | | | | | |
| 15. Abbvie Inc - Stock | B | Int./Div. | K | T | | | | | |
| 16. Chevron Corp - Stock | B | Int./Div. | K | T | Sold (part) | 11/28/18 | J | A | |
| 17. Cisco Systems Inc - Stock | B | Int./Div. | L | T | Sold (part) | 03/01/18 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 04/04/18 | J | | |
| 19.    JP Morgan Chase - Stock | B | Int./Div. | K | T | | | | | |
| 20.    AT & T - Stock | B | Int./Div. | K | T | Sold<br>(part) | 11/20/18 | J | A | |
| 21.    Philip Morris Intl Inc - Stock | B | Int./Div. | K | T | Buy<br>(add'l) | 04/30/18 | K | | |
| 22.    Phillips 66 - Stock | B | Int./Div. | K | T | | | | | |
| 23.    Blackrock Inc - Stock | A | Int./Div. | | | Sold | 03/26/18 | K | D | |
| 24.    Taiwan Semiconductor - SP ADR = Stock | B | Int./Div. | K | T | | | | | |
| 25.    International Paper Co - Stock | B | Int./Div. | K | T | Sold<br>(part) | 03/01/18 | J | A | |
| 26.    Amgen Inc - Stock | B | Int./Div. | K | T | | | | | |
| 27.    Lilly Eli & Company - Stock | B | Int./Div. | L | T | | | | | |
| 28.    Qualcomm Inc - Stock | B | Int./Div. | K | T | | | | | |
| 29.    Intel Corporation - Stock | B | Int./Div. | K | T | | | | | |
| 30.    General Mills Incorporated - Stock | B | Int./Div. | K | T | | | | | |
| 31.    Bristol -Myers Squibb Co - Stock | B | Int./Div. | K | T | Sold<br>(part) | 11/20/18 | K | A | |
| 32.    BB&T Corp - Stock | B | Int./Div. | K | T | Buy<br>(add'l) | 08/02/18 | J | | |
| 33.    Suntrust Banks Inc. - Stock | A | Int./Div. | | | Buy<br>(add'l) | 04/12/18 | J | | |
| 34. | | | | | Sold | 06/29/18 | K | C | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Dowdupont Inc. - Stock | A | Int./Div. | | | Sold | 01/02/18 | K | C | |
| 36. | Omnicom Group - Stock | B | Int./Div. | K | T | | | | | |
| 37. | Johnson & Johnson - Stock | A | Int./Div. | K | T | | | | | |
| 38. | Sempra Energy - Stock | A | Int./Div. | K | T | Buy | 04/23/18 | K | | |
| 39. | Carnival Corporation - Stock | A | Int./Div. | J | T | Buy | 06/11/18 | K | | |
| 40. | | | | | | Buy (add'l) | 08/02/18 | J | | |
| 41. | Walgreen Boots Alliance Inc - Stock | A | Int./Div. | K | T | Buy | 06/12/18 | K | | |
| 42. | Citigroup Inc - Stock | A | Int./Div. | K | T | Buy | 06/29/18 | K | | |
| 43. | Morgan Stanley - Stock | A | Int./Div. | K | T | Buy | 09/27/18 | K | | |
| 44. | Lockheed Martin Corporation - Stock | A | Int./Div. | K | T | Buy | 09/28/18 | K | | |
| 45. | Schwab Bank Sweep | A | Int./Div. | J | T | | | | | |
| 46. | GNMA Pass Thru H | | | | | | | | | |
| 47. | Bank of America Accts (MM & Chng) H | A | Interest | K | T | | | | | |
| 48. | Christopher Weil IRA Acct H | | | | | | | | | |
| 49. | Fidelity Cash Reserves MM | A | Dividend | J | T | | | | | |
| 50. | Yacktman Fund (YACKX) Mutual Fund | D | Dividend | L | T | Buy (add'l) | 12/27/18 | J | | |
| 51. | Principal Mid Cap Inst (PCBIX) Mutual Fund | D | Dividend | K | T | Buy (add'l) | 08/08/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 53. | | | | | Buy<br>(add'l) | 12/27/18 | J | | |
| 54. Christopher Weil & Co Core CWCFX<br>Mutual Fund | E | Dividend | M | T | Sold<br>(part) | 11/19/18 | J | C | |
| 55. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 56. Principal Mid Cap Blend Fund Class A<br>(PEMGX) Mutual Fund | A | Dividend | K | T | | | | | |
| 57. First Eagle Global Class I SGIIX Mutual<br>Fund | | None | | | Sold | 01/05/18 | K | C | |
| 58. Columbia Acorn Int'l Fund Class R5 Mutual<br>Fund | C | Dividend | | | Sold<br>(part) | 03/07/18 | J | A | |
| 59. | | | | | Buy<br>(add'l) | 06/12/18 | J | | |
| 60. | | | | | Sold | 09/14/18 | K | C | |
| 61. Fidelity Total Emerging Markets Fund<br>FTEMX Mutual Fund | B | Dividend | L | T | Buy<br>(add'l) | 01/09/18 | J | | |
| 62. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 63. MOO, ETF - Market Vectors - Agribusiness<br>- Exchange Traded Fund | | None | J | T | Buy<br>(add'l) | 04/11/18 | J | | |
| 64. Mendon Financial Services Fund Class A -<br>RMBKX Mutual Fund | B | Dividend | K | T | Sold<br>(part) | 08/21/18 | J | B | |
| 65. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 66. BlackRock Health Sciences Opportunities<br>Portfolio Investor A SHSAX MF | D | Dividend | K | T | Buy<br>(add'l) | 12/07/18 | J | | |
| 67. Weitz Ptrns Value Fund Investor Class<br>WPVLX Mutual Fund | A | Dividend | | | Sold | 04/11/18 | J | A | |
| 68. Partners All Cap Value Institutional -<br>Mutual Fund | B | Dividend | L | T | Buy | 05/17/17 | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FOSFX - Fideltiy Overseas - Mutual Fund | A | Dividend | K | T | Buy (add'l) | 12/07/18 | J | | |
| 70. RPICX T. Rowe Price Institutional - Mutual Fund | D | Dividend | L | T | Buy (add'l) | 12/28/18 | J | | |
| 71. WEMMX Teton Westwood Might Mites Fund AAA -Mutual Fund | A | Dividend | J | T | Buy (add'l) | 11/28/18 | J | | |
| 72. WSCVX Walthausen Small Cap Value Fund - Mutual Fund | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | |
| 73. Boston Partners All Cap Value - Mutual Fund | C | Dividend | L | T | Buy | 08/21/18 | J | | |
| 74. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 75. Dreyfus Intl Stock Fund Class A - Mutual Fund | A | Dividend | K | T | Buy | 01/05/18 | K | | |
| 76. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 77. Fidelkty Select Biotechnology - Mutual Fund | B | Dividend | J | T | Buy (add'l) | 04/06/18 | J | | |
| 78. | | | | | Sold | 08/21/18 | J | A | |
| 79. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 80. Manning & Napier Rainier Intl D - Mutual Fund | A | Dividend | K | T | Buy | 09/14/18 | K | | |
| 81. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 82. Trust #1 Schwab Acct H | | | | | | | | | |
| 83. Schwab Bank Sweep | B | Int./Div. | M | T | | | | | |
| 84. LA CA Dept Wtr & Pwr 5.00% 07/01/2022 Municipal Bond | D | Dividend | N | T | | | | | |
| 85. Sacramento CO CA Sani Dist FIN5.250% 12/01/2022 Auth RV Municipal Bond | E | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Sacramento CA MUD Elec RV C18 5.00% 08/15/2021 Municipal Bond | C | Dividend | | | Sold | 08/15/18 | L | A | |
| 87. Glendale CA USD GO 4.500% 09/01/2018 Municipal Bond | D | Dividend | | | Sold | 09/01/18 | M | A | |
| 88. San Francisco Ca PUC WTR RV 5.000% 11/01/2025 C21@100 Municipal Bond | D | Dividend | M | T | | | | | |
| 89. Los Angeles CA Dept Wtr & Pwr RV 5.00% 07/01/2021 C21@100 Municipal Bo | D | Dividend | N | T | | | | | |
| 90. Fremont CA USD GO Alameda C22 5.00% 08/01/2026 Municiipal Bond | D | Dividend | M | T | | | | | |
| 91. Met Wtr Dist So CA RV C222@100 5.000% 10/01/2024 Municipal Bond | D | Dividend | N | T | | | | | |
| 92. Bay Area Toll Auth CA RV 5.000% 04/01/2021 CC19 Municipal Bond | E | Dividend | M | T | | | | | |
| 93. San Ramon Valley CA USD GO 4.000% 08/01/2019 Municipal Bond | D | Dividend | M | T | | | | | |
| 94. University CA RV C22@100 5.000% 05/15/2024 Municipal Bond | D | Dividend | N | T | | | | | |
| 95. Los Angeles, CA WTR Sys RV 5.000% 06/01/2023 Municipal Bond | E | Dividend | O | T | | | | | |
| 96. CA ST GO 6.000% 04/01/2019 Municipal Bond | C | Dividend | L | T | | | | | |
| 97. Bay Area Toll Auth CA RV 5.00% 04/01/2019 Municipal Bond | C | Dividend | M | T | | | | | |
| 98. Sacramento CA MUD RV C22@100 5.000% 08/15/2025 Municipal Bond | C | Dividend | M | T | | | | | |
| 99. Bay Area Toll Auth CA RV 5.000% 04/01/2019 Municipal Bond | D | Dividend | L | T | | | | | |
| 100. Twin Rivers CA USD GO C23@100 5.000% 08/01/2025 (BAM) Municipal B | C | Dividend | M | T | | | | | |
| 101. LA CO CA Met Trnsp Sls Tax RV 5.000% 07-01-2021 Municipal Bond | E | Dividend | N | T | | | | | |
| 102. Cupertino CA USD GO 5.000% 08/01/2021 Municipal Bond | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. San Mateo Co CA JT PWR LS C24 5.000% 06/15/2026 CORR CTR Municipal Bo | D | Dividend | M | T | | | | | |
| 104. Turlock CA Irrigation Dist C24 5.000% 01/01/2026 RV Municipal Bond | D | Dividend | N | T | | | | | |
| 105. Sacramento CA MUD Elec RV C18 5.000% 08/15/2021 Municipal Bond | C | Dividend | | | Sold | 08/15/18 | L | A | |
| 106. Los Angeles CA Airport RV 5.000% 05/15/2021 Municipal Bond | D | Dividend | M | T | | | | | |
| 107. Sacramento CoCA Sani Dist FIN 5.250% 12/01/2022 AUTH RV Municipal Bon | E | Dividend | L | T | | | | | |
| 108. CA PUB WKS Lease RV-Dept Corr 5.000% 09/01/2021 Municipal Bond | D | Dividend | N | T | | | | | |
| 109. Los Angeles, Co CA RDA TX Alloc 5;000% 08/01/2029 C25 Long Bch Munic | D | Dividend | M | T | | | | | |
| 110. CA ST UNIV RV C25@100 5.000% 11/01/2027 Municipal bond | D | Dividend | N | T | | | | | |
| 111. Gilroy CA USD GO 6.000% 08/01/2019/25 (AGM) Municipal bond | D | Dividend | M | T | | | | | |
| 112. CA STWD Community Dev Auth RV 5.00% 08-15-28 RAND Hos Muniicpal Bond | D | Dividend | M | T | | | | | |
| 113. Desert CMTY Colll Dist CA C26 5;00% 08-01-2029 Municipal Bond | C | Dividend | | | Sold (part) | 02/28/18 | M | A | |
| 114. | | | | | Sold | 02/28/18 | K | A | |
| 115. So CA PPA RV - ADELANTO PJ C26 5.00% 07-01-2026 Municipal Bond | D | Dividend | M | T | | | | | |
| 116. San Mateo CA UHSD GO C26@100 4.00% 09-01-2028 Municipal Bond | D | Dividend | | | Sold | 05/09/18 | N | A | |
| 117. San Franciso CA PUC COMM RV 5.250% 11-01-2019 Municipal Bond | D | Dividend | N | T | | | | | |
| 118. Sacramento CAFlood Ctrl Agy 5.000% 10-01-2029 ASSMT C26 Municipal B | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. CA PUB WKS LEASE RV - DEPT CORR 5.000% 09-01-2021 Municipal Bond | A | Dividend | K | T | | | | | |
| 120. CA Infrastructure & Eco Dev RV 5.000% 10-01-23 Clean Wtr Muncipal Bo | D | Dividend | M | T | | | | | |
| 121. Inglewood CA Redevelopment Agy 5.000% 05-01-2022 (BAM) Municipal Bond | D | Dividend | M | T | | | | | |
| 122. CA PUB Works Lease RV-VAR Proj 5.000% 11-01.18 Municipal Bond | E | Dividend | K | T | Buy | 04/13/17 | K | | |
| 123. Fresno CA JT PWR Auth LS RV 5.000% 04-01-2023 (AGM) Municipal Bond | D | Dividend | N | T | | | | | |
| 124. San Francisco CA BART CO 5.000% 08-01-2024 Green BDS Municipal Bond | D | Dividend | M | T | | | | | |
| 125. San Marcos CA School Lease RV 5.000% 08-15-2025 (AGM) Municipal Bond | D | Dividend | M | T | | | | | |
| 126. CA ST GO 5.000% 11-01-2023 Municipal Bond | E | Dividend | O | T | | | | | |
| 127. CA ST PUB WKS BRD LS RV 5.000% 04-01-2020 - Municipal Bond | D | Dividend | N | T | | | | | |
| 128. San Francisco CA PUC COMM RV 5.250% 11-01-2019/2030 - Municipal Bond | D | Dividend | K | T | | | | | |
| 129. CA STWD Community Dev Auth RV 5.000% 08-15-2028 Rand Hosp - Municipa | D | Dividend | J | T | | | | | |
| 130. OrangeCo CA ASSMT Dist#17 C28 5.00% 09-02-2030 Newport Coast Muni Bon | D | Dividend | M | T | Buy | 01/18/18 | M | | |
| 131. Tulare CA PFA Lease RV C26 5.000% 08-01-2029 GO Municipal Bond | C | Dividend | M | T | Buy | 02/28/18 | M | | |
| 132. CA STWD CMTY DEV AUTH RV C28 5;00% 08-01-2029 MARIN HOSP Munipal Bon | C | Dividend | N | T | Buy | 05/09/18 | N | | |
| 133. | | | | | Buy (add'l) | 09/05/18 | N | | |
| 134. CA STWD CMTY AUTH RV C28 5.00% 03/01/2030 ADVENTIST HTH Municipal Bon | C | Dividend | M | T | Buy | 08/23/18 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 135. CA WATER RES CENTRAL VLLY PROJ 5.000% 12-01-2024 RV Municipal Bond | C | Dividend | | | Buy | 10/11/18 | M | | |
| 136. | | | | | Sold | 12/07/18 | N | D | |
| 137. Kentucky Pub Energy Auth RV 4.000% MPUT 06-01-2025 C25 GAS Municipal | A | Dividend | O | T | Buy | 12/07/18 | O | | |
| 138. BofA 0341 H | | | | | | | | | |
| 139. Bof A TX EX RSV ADV H | | | | | | | | | |
| 140. BIF CA Municipal Money Mkt H | | | | | | | | | |
| 141. Phoenix AZ GO Ref 544646G55 Municipal Bond | | None | L | T | | | | | |
| 142. Los Angeles CA Uni Sch Dist GO 544646ZV7 - Municipal Bond | | None | L | T | | | | | |
| 143. Anaheim CA PUB Fing Auth LE REV 03255LGG8 - Municipal Boind | | None | L | T | | | | | |
| 144. Alameda Cnty CA JT PWRS Auth Rev Bds 010831CR4 - Municipal Bond | | None | L | T | | | | | |
| 145. Union City Calif CMNTY Redev A REF BDS dtd 11/12/15 4.000 due 10/01/ | | None | M | T | | | | | |
| 146. CA ST DEPT WTR RES CEN WTR SYS REV BDS dtd 09/7/11 5.0000 due 12/01/1 | C | Interest | | | Sold | 11/07/18 | M | A | |
| 147. CA ST DEPT WTR RES PWR | C | Interest | M | T | Buy | 08/23/18 | M | | |
| 148. BALDWIN PARK CALIF UNI SCH DIS - Municipal Bond | C | Interest | M | T | | | | | |
| 149. CALIFORNIA HEALTH FACS FING - Municipal Bond | B | Interest | M | T | | | | | |
| 150. CALIFORNIA STATEWIDE CMTYS DE - Municipal Bond | B | Interest | | | Sold | 06/01/18 | L | A | |
| 151. CALIFORNIA STATEWIDE CMNTYS DE - Municipal Bond | B | Interest | M | T | Buy | 07/18/18 | M | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 152. CAMPBELL CALIF JT PUB FIN AUTH - Municipal Bond | B | Interest | L | T | | | | | |
| 153. LOS ANGELES CALIF CMNTY COLLEGE - Municipal Bond | A | Interest | M | T | Buy | 09/25/18 | M | | |
| 154. LOS ANGELES CALIF MUN IMPT COR - Municipal Bond | B | Interest | L | T | | | | | |
| 155. OAKLAND CALIF UNI SCH DIST ALA - Municipal Bond | B | Interest | L | T | | | | | |
| 156. PACIFIC GROVE CALIF UNI SCH - Municipal Bond | B | Interest | L | T | | | | | |
| 157. UNIVERSITY CALIF REVS FOR PREV - Municipal Bond | B | Interest | | | Sold | 05/15/18 | L | A | |
| 158. WESTERN MUN WTR DIST FACS - Municipal Bond | B | Interest | L | T | | | | | |
| 159. Antelope Valley Califf UN High - Municipal Bond | B | Interest | L | T | | | | | |
| 160. California Health FACS FING AU - Municipal Bond | B | Interest | L | T | | | | | |
| 161. California Health FACS FING AU 1 - Muniicpal Bond | B | Interest | L | T | | | | | |
| 162. California ST Dept WTR RES PWR - Municipal Bond | C | Interest | | | Sold | 11/07/18 | M | A | |
| 163. California Statewide CMNTYS DE - Municipal Bond | A | Interest | | | Sold | 04/02/18 | K | A | |
| 164. Chico Calif UNI SCH DIST 04/06 PURC - Municipal Bond | B | Interest | L | T | | | | | |
| 165. Irvine CAlif UNI SCH DIST SPL - Municipal Bond | A | Interest | | | Sold | 09/17/18 | L | A | |
| 166. Kern Calif CMNTY COLLEGE DIST - Municipal Bond | A | Interest | L | T | | | | | |
| 167. Lodi Calif UNI SCH DIST - Municipal Bond | A | Interest | L | T | | | | | |
| 168. Los Angeles Calif CMNTY COLLEG - Municipal Bond | B | Interest | L | T | Buy | 09/25/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. Los Angeles Calif DEPT WTR & P - Municipal Bond | B | Interest | L | T | | | | | |
| 170. Los Angeles Calif Dept WTR Y P - Municipal Bond | A | Interest | L | T | | | | | |
| 171. Riverside CNTY CALIF PUB FING - Municipal Bond | B | Interest | L | T | | | | | |
| 172. CALIFORNIA SCH CASH RESERVE PR - Municipal Bond | B | Interest | L | T | Buy | 07/12/18 | L | | |
| 173. | | | | | Sold (part) | 10/18/18 | L | A | |
| 174. CALIFORNIA STATEWIDE CMNTYS DE Municipal Bond | B | Interest | M | T | Buy | 07/18/18 | M | | |
| 175. CONNECTICUT ST - Municipal Bond | B | Interest | L | T | Buy | 04/11/18 | L | | |
| 176. CONNECTICUT ST HEALTH & EDL FA - Municipal Bond | A | Interest | L | T | Buy | 08/14/18 | L | | |
| 177. CORONADO CALIF CMNTY DEV AGYS - Municipal Bond | | None | M | T | Buy | 10/04/18 | M | | |
| 178. IRVINE CALLIF UNI SCHH DIST SPL - Municipal Bond | A | Interest | | | Buy | 06/12/18 | M | | |
| 179. | | | | | Sold | 09/17/18 | M | A | |
| 180. KERN CALIF CMNY COLLEGE DIST Municipal Bond | A | Interest | M | T | Buy | 09/12/18 | M | | |
| 181. LARKSPUR CALIF PUB FING AUTH L - Municipal Bond | B | Interest | M | T | Buy | 08/24/18 | M | | |
| 182. METROPOLITAN WTR DIST SOUTHERN CA- Municipal Bond | B | Interest | M | T | Buy | 10/16/18 | M | | |
| 183. SAN BERNARDINO CA REDEV AGY - Municipal Bond | A | Interest | M | T | Buy | 12/13/18 | M | | |
| 184. SAN DIEGO CALIF UNI SCH DIST - Municipal Bond | A | Interest | | | Buy | 07/24/18 | M | A | |
| 185. | | | | | Sold | 12/13/18 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 186. | SAN FRANCISCO CALIF CITY & CNT - Municipal Bond | | None | M | T | Buy | 08/29/18 | M | | |
| 187. | SANTA MONICA MAILIBU UNI SCH DI - Municipal Bond | | None | M | T | Buy | 09/06/18 | M | | |
| 188. | SANTA ROSA CALIF HIGH SCH DIST - Municipal Bond | B | Interest | M | T | Buy | 11/07/18 | M | | |
| 189. | SOLANA CALIF CMNTY COLLEGE DIST - Municipal Bond | B | Interest | M | T | Buy | 10/18/18 | M | | |
| 190. | TAHOE FOREST CALIF HOSP DIST - Municipal Bond | B | Interest | L | T | Buy | 06/01/18 | L | | |
| 191. | Schwab 401(k) Account H | | | | | | | | | |
| 192. | Schwab Bank Sweep | A | Int./Div. | K | T | | | | | |
| 193. | Cisco Systems - Stock | B | Int./Div. | J | T | Buy<br>(add'l) | 04/04/18 | J | | |
| 194. | Metlife Inc - Stock | B | Int./Div. | K | T | Buy<br>(add'l) | 07/06/18 | J | | |
| 195. | Pfizer Inc. - Stock | A | Int./Div. | | | Sold | 06/11/18 | L | D | |
| 196. | Philip Morris Intl Inc - Stock | B | Int./Div. | K | T | Buy<br>(add'l) | 04/30/18 | K | | |
| 197. | Royal Dutch Shell PLC A - ADR - Stock | C | Int./Div. | K | T | | | | | |
| 198. | Total SA - Spon ADR - Stock | C | Int./Div. | K | T | | | | | |
| 199. | Verizon Communications - Stock | C | Int./Div. | L | T | Buy<br>(add'l) | 01/19/18 | K | | |
| 200. | AT&T - Stock | C | Int./Div. | K | T | | | | | |
| 201. | Microsoft Corp - Stock | B | Int./Div. | K | T | Sold<br>(part) | 09/13/18 | K | D | |
| 202. | Qualcomm Inc. - Stock | B | Int./Div. | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Snyder, Christina A.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. Blackrock Inc. - Stock | A | Int./Div. | | | Sold | 03/26/18 | L | E | |
| 204. Phillips 66 - Stock | B | Int./Div. | K | T | | | | | |
| 205. Abbvie Inc - Stock | B | Int./Div. | K | T | | | | | |
| 206. International Paper Co - Stock | B | Int./Div. | K | T | | | | | |
| 207. Altria Group Inc - Stock | B | Int./Div. | K | T | | | | | |
| 208. Boeing Company Stock | A | Int./Div. | | | Sold (part) | 03/27/18 | K | D | |
| 209. | | | | | Sold | 08/29/18 | K | D | |
| 210. Johnson & Johnson - Stock | B | Int./Div. | K | T | | | | | |
| 211. Schlumberger LTD - Stock | B | Int./Div. | K | T | | | | | |
| 212. Lilly Eli & Company - Stock | B | Int./Div. | L | T | | | | | |
| 213. JPMorgan Chase & Co - Stock | B | Int./Div. | L | T | Buy (add'l) | 04/12/18 | J | | |
| 214. Taiwan Semiconductor - SP ADR - Stock | B | Int./Div. | K | T | | | | | |
| 215. United Parcel Serviced - CL B - Stock | B | Int./Div. | K | T | | | | | |
| 216. Chevvron Corp - Stock | B | Int./Div. | L | T | | | | | |
| 217. Amgen Inc - Stock | B | Int./Div. | L | T | | | | | |
| 218. Dowdupont Inc - Stock | B | Int./Div. | | | Sold | 01/02/18 | K | C | |
| 219. Omnicom Group - Stock | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Snyder, Christina A.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 220.  Bristol-Meyers Squibb Co - Stock | B | Int./Div. | L | T | | | | | |
| 221.  General Mills Incorporated - Stock | B | Int./Div. | K | T | | | | | |
| 222.  BB&T Corp - Stock | B | Int./Div. | K | T | Buy<br>(add'l) | 04/26/18 | K | | |
| 223.  Suntrust Banks Inc - Stock | A | Int./Div. | | | Buy<br>(add'l) | 04/12/18 | J | | |
| 224. | | | | | Sold | 06/29/18 | K | A | |
| 225.  Intel Corporation - Stock | B | Int./Div. | K | T | | | | | |
| 226.  Sempa Energy - Stock | A | Int./Div. | K | T | Buy | 04/23/18 | K | | |
| 227.  Carnival Corporation - Stock | A | Int./Div. | K | T | Buy | 06/12/18 | K | | |
| 228. | | | | | Buy<br>(add'l) | 08/02/18 | J | | |
| 229.  Walgreen Boots Alliance Inc - Stock | A | Int./Div. | K | T | Buy | 06/12/18 | K | | |
| 230. | | | | | Buy<br>(add'l) | 07/06/18 | K | | |
| 231.  Citigroup Inc. - Stock | A | Int./Div. | K | T | Buy | 06/29/18 | K | | |
| 232.  Citigroup Inc - Stock | A | Int./Div. | K | T | Buy<br>(add'l) | 08/02/18 | K | | |
| 233.  Morgan Stanley - Stock | B | Int./Div. | K | T | Buy | 09/27/18 | K | | |
| 234.  Lockheed Martin Corporation - Stock | A | Int./Div. | K | T | Buy | 09/28/18 | K | | |
| 235.  BANK OF AMERICA/U.S. Trust IRA #3<br>2073 H | | | | | | | | | |
| 236.  Fleet Cap TV111 7.20% 3/15/2032 Cusip<br>33889X203 - ETF | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 237. ISHARES CORE S&P 500 ETF Exchange Traded Fund | C | Dividend | L | T | Sold (part) | 04/16/18 | J | C | |
| 238. | | | | | Sold (part) | 12/03/18 | J | C | |
| 239. SELECT SECTOR SPDR TR FINANCIAL - ETF | D | Dividend | J | T | | | | | |
| 240. iShares Russell 1000 Growth ETF IWF | C | Dividend | K | T | | | | | |
| 241. Metro West T/R BD CL 1 MWTI X- Mutual Fund | B | Dividend | J | T | | | | | |
| 242. Facebook Inc. Stock | B | Dividend | J | T | | | | | |
| 243. iShares Core S&P Mid Cap Mutual Fund | C | Dividend | K | T | Sold (part) | 04/16/18 | K | C | |
| 244. ishares S&P Midcap 400 Value - Mutual Fund | A | Dividend | | | Sold | 04/16/18 | J | A | |
| 245. CEF iShares Core S&P Small-Cap - Mutual Fund | A | Dividend | K | T | | | | | |
| 246. iShares S&P Smallcap 600 Value - Mutual Fund | A | Dividend | | | Sold | 04/16/18 | J | A | |
| 247. Vanguard Value Mutual Fund | C | Dividend | | | Sold | 04/16/18 | K | B | |
| 248. Select Sector SPDR TR Engery - Exchange Traded Fund | D | Dividend | J | T | | | | | |
| 249. Market Vectors Gold Miners ETF Exchange Traded Fund | A | Dividend | J | T | | | | | |
| 250. Fidelity Government Portfolio - Money Market | C | Int./Div. | K | T | | | | | |
| 251. Vanguard FTSE Emerging Mkts Exchange Traded Fund | C | Dividend | J | T | | | | | |
| 252. Wisdomtree Emerging Mkts Mutual Fund | | None | | | Sold | 06/04/18 | J | A | |
| 253. Pimco Income Fund - Mutual Fund | C | Interest | K | T | Buy (add'l) | 04/13/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 254. iShares Core MSCI EAFE 3/10 Purc ETF | A | Dividend | J | T | Sold (part) | 11/28/18 | | A | |
| 255. Domini Intl Social Equity Fund 507 Units - Mutual Fund | D | Dividend | J | T | | | | | |
| 256. Domini Intl Social Equiy Fund 496 Units - Mutual Fund | D | Dividend | J | T | | | | | |
| 257. Domini Intl Social Equity Fund 1,046 Units - Mutual Fund | D | Dividend | J | T | Sold (part) | 11/30/18 | J | A | |
| 258. Delaware Emerging Mkts Fnd 169 Units - Mutual Fund | A | Dividend | J | T | | | | | |
| 259. Delaware Small Cap Core Fund | A | Dividend | J | T | Buy | 04/13/18 | J | | |
| 260. Thornburg Intl Value Fund 187 Units - Mutual Fund | | None | | | Sold | 03/14/18 | J | A | |
| 261. SPDR Gold TR 08/08 ETF | | None | J | T | | | | | |
| 262. SPDR Gold TR 08/30 ETF | | None | J | T | | | | | |
| 263. SPDR Gold TR 12/04 Sale - ETF | | None | J | T | | | | | |
| 264. AQR Long-Short Equity Fund | | None | | | Buy | 04/13/18 | J | | |
| 265. | | | | | Sold (part) | 09/25/18 | J | A | |
| 266. | | | | | Sold | 12/21/18 | J | A | |
| 267. Harding Loevner FDS Inc Intl - Mutual Fund | A | Dividend | J | T | Buy | 03/04/18 | J | | |
| 268. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 269. MFS Value Fund - Mutual Fund | A | Dividend | K | T | Buy | 04/13/18 | K | | |
| 270. Oakmark Intl Fund - Mutual Fund | | None | | | Buy | 03/14/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 271. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 272. | | | | | Sold | 08/13/18 | J | A | |
| 273. Pimco Commodies Plus Strategy - Mutual Fund | C | Dividend | J | T | Buy | 04/13/18 | J | | |
| 274. Principal Midcap Blend Fund - Mutual Fund | A | Dividend | K | T | Buy | 04/13/18 | K | | |
| 275. SCHWAB TRUST C H | | | | | | | | | |
| 276. Intel Corporation - Stock | D | Dividend | N | T | | | | | |
| 277. Pepsico Incorporated - Stock | C | Dividend | | | Sold | 03/26/18 | M | F | |
| 278. United Parcel Service - CL B - Stock | D | Dividend | M | T | | | | | |
| 279. Schlumberger Ltd - Stock | C | Int./Div. | | | Sold<br>(part) | 11/09/18 | K | A | |
| 280. | | | | | Sold | 12/27/18 | L | A | |
| 281. Verizon Communications - Stock | D | Int./Div. | M | T | Buy<br>(add'l) | 01/22/18 | K | | |
| 282. Bank of New York Mellon - Stock | C | Int./Div. | K | T | | | | | |
| 283. Bank of New York Mellon - Stock | C | Int./Div. | L | T | | | | | |
| 284. Oracle Corp - Stock | C | Int./Div. | M | T | | | | | |
| 285. Gilead Sciences Inc - Stock | B | Int./Div. | K | T | | | | | |
| 286. PNC Financial Services Group - Stock | D | Int./Div. | M | T | Sold<br>(part) | 02/09/18 | L | E | |
| 287. Illinois Tool Works - Stock | B | Int./Div. | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 288. Newfield Exploration Co - Stock | A | Int./Div. | | | Sold | 12/27/18 | L | A | |
| 289. Blackrock Inc - Stock | D | Int./Div. | N | T | | | | | |
| 290. Molson Coors Brewing - CL B - Stock | A | Int./Div. | | | Sold | 02/09/18 | L | E | |
| 291. Taiwan Semiconductor - SP ADR - Stock | D | Int./Div. | M | T | | | | | |
| 292. Noble Energy - Stock | B | Int./Div. | | | Sold | 12/27/18 | K | A | |
| 293. Abbvie Inc. - Stock | D | Int./Div. | M | T | | | | | |
| 294. Tyson Foods Inc. - CL A - Stock | C | Int./Div. | M | T | Sold<br>(part) | 12/27/18 | L | A | |
| 295. Citigroup Inc. - Stock | D | Int./Div. | M | T | | | | | |
| 296. Lilly Eli & Company - Stock | C | Int./Div. | L | T | | | | | |
| 297. Microsoft Corp - Stock | C | Int./Div. | M | T | | | | | |
| 298. Lowes Companies Inc. - Stock | C | Int./Div. | M | T | | | | | |
| 299. Qualcomm Inc. - Stock | B | Int./Div. | | | Buy<br>(add'l) | 01/04/18 | L | | |
| 300. | | | | | Sold<br>(part) | 06/04/18 | L | B | |
| 301. | | | | | Sold | 06/04/18 | L | A | |
| 302. International Paper Co - Stock | D | Int./Div. | | | Sold<br>(part) | 11/09/18 | L | A | |
| 303. | | | | | Sold | 12/27/18 | L | A | |
| 304. Walgreen Boots Alliance Inc. - Stock | B | Int./Div. | | | Buy<br>(add'l) | 02/09/18 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Snyder, Christina A.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. | | | | | | Sold | 06/04/18 | L | A | |
| 306. | Metlife Inc - Stock | B | Int./Div. | | | Buy | 01/17/18 | L | | |
| 307. | | | | | | Sold | 06/14/18 | L | A | |
| 308. | American Express Co | B | Int./Div. | L | T | | | | | |
| 309. | Disney Walt Co. - Stock | A | Int./Div. | | | Buy (add'l) | 01/04/18 | K | | |
| 310. | | | | | | Sold (part) | 06/04/18 | K | A | |
| 311. | | | | | | Sold | 06/04/18 | K | A | |
| 312. | Nucor Corporation - Stock | C | Int./Div. | | | Sold | 12/27/18 | L | A | |
| 313. | Cisco Systems Inc. - Stock | C | Int./Div. | M | T | | | | | |
| 314. | Total SA - SPON ADR - Stock | D | Int./Div. | M | T | | | | | |
| 315. | Bristol-Myers Squibb Co - Stock | B | Int./Div. | | | Sold (part) | 05/10/18 | K | A | |
| 316. | | | | | | Sold | 06/04/18 | L | A | |
| 317. | Apple Inc - Stock | B | Int./Div. | M | T | | | | | |
| 318. | Goldman Sachs Group Inc - Stock | A | Int./Div. | | | Buy | 03/26/18 | M | | |
| 319. | | | | | | Sold | 06/04/18 | M | A | |
| 320. | Schwab Money Market Fund | B | Int./Div. | M | T | | | | | |
| 321. | SPDR S&P 500 ETF | A | Int./Div. | N | T | Buy | 12/28/18 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 322.  SCHWAB TRUST D H | | | | | | | | | |
| 323.  Altria Group Inc - Stock | E | Int./Div. | N | T | | | | | |
| 324.  Bank of New York Mellon Corp - Stock | D | Int./Div. | N | T | | | | | |
| 325.  Intel Corporation - Stock | D | Int./Div. | N | T | | | | | |
| 326.  Johnson & Johnson - Stock | D | Int./Div. | M | T | | | | | |
| 327.  Philip Morris Intl Inc - Stock | D | Int./Div. | M | T | | | | | |
| 328.  Taiwan Semiconductor - SP ADR - Stock | D | Int./Div. | M | T | | | | | |
| 329.  Eastman Chemical Company - Stock | B | Int./Div. | K | T | Donated<br>(part) | 02/22/18 | K | | |
| 330. | | | | | Donated<br>(part) | 12/17/18 | J | | |
| 331.  Chevron Corp - Stock | D | Int./Div. | M | T | | | | | |
| 332.  VF Corporation - Stock | C | Int./Div. | | | Donated<br>(part) | 02/21/18 | J | | |
| 333. | | | | | Donated<br>(part) | 12/04/18 | J | | |
| 334. | | | | | Donated | 12/13/18 | M | | |
| 335.  Bristol-Myers Squibb Co - Stock | D | Int./Div. | M | T | | | | | |
| 336.  Genuine Parts Co - Stock | D | Int./Div. | M | T | | | | | |
| 337.  Verizon Communications - Stock | E | Int./Div. | N | T | Buy<br>(add'l) | 01/19/18 | L | | |
| 338. | | | | | Sold<br>(part) | 05/10/18 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 339.  United Parcel Services - CL B - Stock | D | Int./Div. | M | T | | | | | |
| 340.  PPG Industries - Stock | C | Int./Div. | L | T | Donated<br>(part) | 02/22/18 | J | | |
| 341. | | | | | Donated<br>(part) | 12/13/18 | L | | |
| 342.  Total SA SPON ADR - Stock | D | Int./Div. | M | T | Buy<br>(add'l) | 01/03/18 | L | | |
| 343. | | | | | Sold<br>(part) | 12/27/18 | L | A | |
| 344.  Merck & Company - Stock | D | Int./Div. | N | T | | | | | |
| 345.  Applied Materials Inc - Stock | C | Int./Div. | M | T | | | | | |
| 346.  Molson Coors Brewing Co - B - Stock | A | Int./Div. | | | Sold | 02/09/18 | M | F | |
| 347.  Blackrock Inc - Stock | C | Int./Div. | | | Sold<br>(part) | 02/27/18 | M | E | |
| 348. | | | | | Sold | 03/26/18 | L | E | |
| 349.  Pfizer Inc - Stock | C | Int./Div. | | | Sold | 06/11/18 | M | F | |
| 350.  Abbvie Inc. - Stock | D | Int./Div. | N | T | | | | | |
| 351.  Phillips 66 - Stock | D | Int./Div. | M | T | | | | | |
| 352.  Schlumberger LTD - Stock | C | Int./Div. | | | Buy<br>(add'l) | 01/17/18 | L | | |
| 353. | | | | | Sold<br>(part) | 06/04/18 | L | A | |
| 354. | | | | | Buy<br>(add'l) | 07/06/18 | M | | |
| 355. | | | | | Sold | 11/09/18 | M | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 356. Lilly Eli & Company - Stock | C | Int./Div. | M | T | | | | | |
| 357. Qualcomm Inc. - Stock | D | Int./Div. | L | T | | | | | |
| 358. Microsoft Corp - Stock | C | Int./Div. | M | T | Sold (part) | 09/13/18 | M | D | |
| 359. Royal Dutch Shell PLC A - ADR - Stock | D | Int./Div. | M | T | | | | | |
| 360. AT&T Inc. - Stock | B | Int./Div. | | | Buy (add'l) | 02/28/18 | M | | |
| 361. | | | | | Sold | 06/04/18 | M | A | |
| 362. Boeing Company - Stock | C | Int./Div. | | | Sold (part) | 03/27/18 | M | F | |
| 363. | | | | | Sold | 08/29/18 | M | F | |
| 364. Dow Dupont Chemical Co - Stock | A | Int./Div. | | | Sold | 01/02/18 | M | E | |
| 365. International Paper Co. - Stock | C | Int./Div. | | | Sold | 11/09/18 | L | A | |
| 366. Amgen Inc - Stock | D | Int./Div. | M | T | | | | | |
| 367. BB&T Corp - Stock | C | Int./Div. | L | T | Buy (add'l) | 06/15/18 | L | | |
| 368. | | | | | Sold (part) | 12/27/18 | K | A | |
| 369. JP Morgan Chase & Co. - Stock | G | Int./Div. | M | T | Buy (add'l) | 01/04/18 | M | | |
| 370. | | | | | Sold (part) | 12/27/18 | L | A | |
| 371. Metlife Inc. - Stock | D | Int./Div. | M | T | | | | | |
| 372. Suntrust Banks Inc - Stock | C | Int./Div. | | | Sold | 06/29/18 | M | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 373. Cisco Sytems Inc. - Stock | D | Int./Div. | M | T | Buy<br>(add'l) | 04/04/18 | M | | |
| 374. Omnicom Group - Stock | C | Int./Div. | L | T | | | | | |
| 375. General Mills Incorporated - Stock | C | Int./Div. | | | Sold<br>(part) | 05/10/18 | K | A | |
| 376. | | | | | Sold | 06/04/18 | M | A | |
| 377. Cisco Systems - Stock | D | Int./Div. | N | T | | | | | |
| 378. Carnival Corporation - Stock | B | Int./Div. | | | Buy | 06/15/18 | L | | |
| 379. | | | | | Buy<br>(add'l) | 08/02/18 | K | | |
| 380. | | | | | Buy<br>(add'l) | 09/27/18 | L | | |
| 381. | | | | | Sold<br>(part) | 11/09/18 | M | A | |
| 382. | | | | | Sold | 12/27/18 | K | A | |
| 383. Citigroup Inc - Stock | B | Int./Div. | | | Buy | 07/11/18 | L | | |
| 384. | | | | | Buy<br>(add'l) | 09/24/18 | L | | |
| 385. | | | | | Sold<br>(part) | 11/09/18 | L | A | |
| 386. | | | | | Sold | 12/27/18 | L | A | |
| 387. Sempa Energy - Stock | A | Int./Div. | K | T | Buy | 07/02/18 | K | | |
| 388. Walgreen Boots Alliance Co - Stock | B | Int./Div. | M | T | Buy | 06/15/18 | L | | |
| 389. Morgan Stanley - Stock | B | Int./Div. | | | Buy | 09/27/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 390. | | | | | Sold | 12/27/18 | M | A | |
| 391. Schwab Money Market Fund | C | Int./Div. | M | T | | | | | |
| 392. IShares Russell 1000 Value ETF | C | Int./Div. | N | T | Buy | 11/09/18 | N | | |
| 393. | | | | | Buy<br>(add'l) | 12/28/18 | N | | |
| 394. CHRISTOPHER WEIL TRUST H | | | | | | | | | |
| 395. CWC Health Tech Fund I, LLC - Venture Capital Fund | A | Int./Div. | L | T | Buy<br>(add'l) | 02/28/18 | J | | |
| 396. Bank of America U.S. TRUST - TRUST PL 0678 | | | | | | | | | |
| 397. BofA CA Tax-Exempt Reserves | | | | | | | | | |
| 398. CA St Var Pup GO &GO Ref BDS Dtd 9/28/11 04.400 due 09/01/20 - Muni Bo | A | Interest | L | T | Sold<br>(part) | 10/01/18 | M | A | |
| 399. CA ST Pub Wks Brd Leas Rev BDS Dtd 11/29/11 03.00 - Muni Bond | A | Interest | | | Sold | 08/15/18 | M | A | |
| 400. CA ST DEPT WTR RES PWR REV BDS DTD 10/20/10 04.000-Muni Bond | B | Interest | L | T | | | | | ` |
| 401. LA CA Uni Sch Dist Ref BDS DTD 11/01/11 04.000 - Muni Bond | A | Interest | L | T | | | | | |
| 402. Nevada IRR DIST JT PWRS AUTH Ca REV BDS DTD 12/11/11 04.000 - Muni Bo | B | Interest | L | T | | | | | |
| 403. San Elijo CA JT PWRS AUTH REF BDS DTD 12/21/11 04.000 - Muni Bond | A | Interest | L | T | | | | | |
| 404. Chevron Corp (COM) (cvx) Stock | A | Dividend | J | T | | | | | |
| 405. Cisco Sys Inc Com (CSCO) Stock | A | Dividend | J | T | | | | | |
| 406. Microsoft Corp Com (MSFT) Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 407. Wal-Mart Stores Inc Com (WMT) | A | Dividend | J | T | | | | | |
| 408. Brep VII Commercial Real Estate - Pooled Investment Fund | A | Dividend | N | T | | | | | |
| 409. Brep Europe IV Real Estate Trust - Pooled Investment Fund | A | Dividend | M | T | Buy (add'l) | 07/06/18 | J | | |
| 410. Accenture PLC - Stock | A | Dividend | J | T | | | | | |
| 411. Altria Group Inc - Stock | A | Dividend | J | T | | | | | |
| 412. Apache Corp - Stock | A | Dividend | J | T | | | | | |
| 413. Apple Inc - Stock | A | Dividend | J | T | | | | | |
| 414. Astrazeneca PLC - Stock | A | Dividend | J | T | | | | | |
| 415. AT&T INC - Stock | A | Dividend | J | T | | | | | |
| 416. Barrick Gold Corp - Stock | A | Dividend | J | T | | | | | |
| 417. Baxter Intl Inc - Stock | A | Dividend | J | T | | | | | |
| 418. BCE INC - Stock | A | Dividend | J | T | | | | | |
| 419. BHP BILLITON LTD - Stock | A | Dividend | J | T | | | | | |
| 420. BOEING CO - Stock | A | Dividend | J | T | | | | | |
| 421. CONOCOPHILLIPS - Stock | A | Dividend | J | T | | | | | |
| 422. CORNING INC - Stock | A | Dividend | J | T | | | | | |
| 423. DEERE & CO - Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 424. DEVON ENERGY CORP NEW - Stock | A | Dividend | J | T | | | | | |
| 425. DIAGEO PLC - Stock | A | Dividend | J | T | | | | | |
| 426. DIAMOND OFFSHORE DRILLING INC - Stock | A | Dividend | J | T | | | | | |
| 427. DISCOVER FINL SVCS - Stock | A | Dividend | J | T | | | | | |
| 428. DOMINION RES INC VA NEW - Stock | A | Dividend | J | T | | | | | |
| 429. DR PEPPER SNAPPLE INC - Stock | A | Dividend | J | T | | | | | |
| 430. DU PONT E I DE NEMOURS & CO - Stock | B | Dividend | J | T | | | | | |
| 431. EMC CORP - Stock | B | Dividend | J | T | | | | | |
| 432. EMERSON ELEC CO - Stock | A | Dividend | J | T | | | | | |
| 433. EXELON CORP - Stock | A | Dividend | J | T | | | | | |
| 434. EXPRESS SCRIPTS HLDG CO - Stock | A | Dividend | J | T | | | | | |
| 435. EXXON MOBIL CORP - Stock | A | Dividend | J | T | | | | | |
| 436. GENERAL ELEC CO - Stock | A | Dividend | J | T | | | | | |
| 437. GENUINE PARTS CO - Stock | A | Dividend | J | T | | | | | |
| 438. GLAXOSMITHKLINE PLC - Stock | A | Dividend | J | T | | | | | |
| 439. HCP INC - Stock | B | Dividend | J | T | | | | | |
| 440. HEALTH CARE REIT INC - Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 441.  HONEYWELL INTL INC - Stock | A | Dividend | J | T | | | | | |
| 442.  HSBC HLDGS PLC - Stock | A | Dividend | J | T | | | | | |
| 443.  INTEL CORP - Stock | A | Dividend | J | T | | | | | |
| 444.  INTERNATIONAL BUSINESS MACHS - Stock | A | Dividend | J | T | | | | | |
| 445.  JOHNSON & JOHNSON - Stock | A | Dividend | J | T | | | | | |
| 446.  KIMBERLY CLARK CORP- Stock | A | Dividend | J | T | | | | | |
| 447.  KINDER MORGAN MGMT LLC - Stock | A | Dividend | J | T | | | | | |
| 448.  LILLY ELI & CO - Stock | A | Dividend | J | T | | | | | |
| 449.  MACK CALI RLTY CORP - Stock | A | Dividend | J | T | | | | | |
| 450.  MEDTRONIC INC - Stock | A | Dividend | J | T | | | | | |
| 451.  MERCK & CO INC. - Stock | A | Dividend | J | T | | | | | |
| 452.  METLIFE INC - Stock | A | Dividend | J | T | | | | | |
| 453.  MFS VALUE FUND - Stock | A | Dividend | J | T | | | | | |
| 454.  MOL.SON COORS BREWING CO - Stock | A | Dividend | J | T | | | | | |
| 455.  NEXTERA ENERGY INC - Stock | A | Dividend | J | T | | | | | |
| 456.  PEPSICO INC - Stock | B | Dividend | J | T | | | | | |
| 457.  PHILIP MORRIS INL INC - Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 458.  PNC FINL SVCS GROUP INC - Stock | A | Dividend | J | T | | | | | |
| 459.  POWERSHARES WATER RESOURCES - Stock | A | Dividend | J | T | | | | | |
| 460.  PROCTER & GAMBLE CO - Stock | A | Dividend | J | T | | | | | |
| 461.  RAYTHEON CO - Stock | A | Dividend | J | T | | | | | |
| 462.  ROCHE HLDG LTD - Stock | A | Dividend | J | T | | | | | |
| 463.  ROYAL DUTCH SHELL PLC - Stock | A | Dividend | J | T | | | | | |
| 464.  SIGMA ALDRICH CORP - Stock | A | Dividend | J | T | | | | | |
| 465.  SMUCKER J M CO - Stock | A | Dividend | J | T | | | | | |
| 466.  SUNTRUST BKS INC - Stock | A | Dividend | J | T | | | | | |
| 467.  TAIWAN SEMICONDUCTOR MFG LTD - Stock | A | Dividend | J | T | | | | | |
| 468.  UNILEVER N V - Stock | A | Dividend | J | T | | | | | |
| 469.  VISA INC - Stock | A | Dividend | J | T | | | | | |
| 470.  VODAFONE GROUP PLC - Stock | A | Dividend | J | T | | | | | |
| 471.  ZOETIS INC - Stock | A | Dividend | J | T | | | | | |
| 472.  American Wtr WKS CO Inc New Com (AWK) - Stock | A | Dividend | K | T | | | | | |
| 473.  iShares NASDAQ Biotechnology ETF | A | Dividend | | | Sold | 05/21/18 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 474. COLUMBIA AMT-FREE CALIFORNIA INTERMEDIATE MUNI BOND FUND CL Z - Mutual | A | Dividend | M | T | | | | | |
| 475. COLUMBIA SMALL CAP INDEX FUND CLASS Z SHARES - Mutual Fund | A | Dividend | K | T | | | | | |
| 476. WISDOMTREE EUROPE HEDGED EQUITY FUND- ETF | B | Dividend | L | T | | | | | |
| 477. BREP EUROPE OV REAL ESTATE TRUST CLASS A - Mutual Fund | A | Dividend | K | T | | | | | |
| 478. BREP VII COMMERCIAL REAL ESTATE TRUST A - Mutual Fund | A | Dividend | K | T | | | | | |
| 479. COLUMBIA AMT-FREE CALIFORNIA INTERMEDIATE MUNI BOND FUN CL Z - Mutual | A | Dividend | K | T | | | | | |
| 480. SELECT SECTOR SPDR TR FINANCIAL SHS BEN INT - ETF | A | Dividend | J | T | | | | | |
| 481. VAMGIARD FTSE DEVELOPED MARKETS ETF | A | Dividend | M | T | | | | | |
| 482. ISHARES CURRENCY HEDGED MSCI EUROZONE - ETF | A | Dividend | M | T | | | | | |
| 483. ISHARES MSCI EMERGING MKTS MIN VOL ETF | A | Dividend | | | Sold | 08/14/18 | K | | |
| 484. ISHARES CORE S&P MID CAP ETF | A | Dividend | M | T | | | | | |
| 485. CEF ISHARES CORE S&P SMALL CAP - ETF | A | Dividend | K | T | | | | | |
| 486. ISHARES TR MSCI EAFE MIN VOL INDEX FUND - ETF | A | Dividend | M | T | | | | | |
| 487. HARDING LOEVNER FDS INC INTL - ETF | A | Dividend | K | T | Buy | 03/28/18 | K | | |
| 488. ISHARES CORE S&P MID CAP ETF | C | Dividend | N | T | Buy | 06/26/18 | N | | |
| 489. | | | | | Buy (add'l) | 07/19/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 490. | | | | | Buy (add'l) | 08/03/18 | K | | |
| 491. | | | | | Buy (add'l) | 09/20/18 | K | | |
| 492. ISHARES CORP S&P SMALL-CAP ETF | C | Dividend | N | T | Buy | 06/06/18 | N | | |
| 493. | | | | | Buy (add'l) | 06/26/18 | K | | |
| 494. | | | | | Buy (add'l) | 07/19/18 | K | | |
| 495. | | | | | Buy (add'l) | 08/03/18 | K | | |
| 496. | | | | | Buy (add'l) | 09/20/18 | K | | |
| 497. S&P REGIONAL BANKING - ETF | A | Dividend | K | T | Buy | 06/06/18 | K | | |
| 498. OAKMARK INTL FUND - ETF | A | Dividend | | | Buy | 03/28/18 | K | B | |
| 499. | | | | | Sold | 08/13/18 | K | B | |
| 500. OAKTREE RE DEBT ACCESS FUND II - ETF | A | Dividend | L | T | Buy | 02/22/18 | J | | |
| 501. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 502. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 503. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 504. PRIMECAP ODYSSEY - Mutual Fund | A | Dividend | M | T | Buy | 09/27/18 | M | | |
| 505. TENCENT HLDS LTD - Stock | A | Dividend | | | Buy | 02/23/18 | K | | |
| 506. | | | | | Sold | 08/17/18 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 507. BLACK ROCK HIGH YIELD BOND - Mutual Fund | D | Dividend | M | T | | 09/17/18 | | | |
| 508. Bank of America U.S TRUST Trust SCH-LCV-PL 8527 H | | | | | | | | | |
| 509. Astrazeneca PLC - Stock | A | Dividend | | | Sold | 08/20/18 | J | C | |
| 510. Boeing Co Com - Stock | A | Dividend | J | T | Sold (part) | 01/24/18 | J | D | |
| 511. | | | | | Sold (part) | 06/29/18 | J | B | |
| 512. Exxon Mobil Corp Com - Stock | A | Dividend | K | T | Buy (add'l) | 08/20/18 | J | | |
| 513. Ace Ltd Com Switzerland - Stock | A | Dividend | J | T | | | | | |
| 514. Johnson Controls Intl PLC - Stock | A | Dividend | K | T | Buy (add'l) | 08/20/18 | J | | |
| 515. Adient PLC - Stock | A | Dividend | | | Sold | 06/29/18 | J | A | |
| 516. Novartis - Stock | A | Dividend | K | T | Buy (add'l) | 08/20/18 | J | | |
| 517. 3M- Stock | A | Dividend | K | T | Buy | 02/01/17 | J | | |
| 518. | | | | | Sold (part) | 04/11/17 | J | A | |
| 519. Altria Group Inc - Stock | A | Dividend | K | T | Sold (part) | 08/20/18 | J | B | |
| 520. BCE INC - Stock | A | Dividend | J | T | Buy | 04/11/17 | J | | |
| 521. Chevron Corp - Stock | A | Dividend | K | T | Buy | 04/11/17 | K | | |
| 522. General Electric - Stock | A | Dividend | | | Sold | 02/21/18 | K | C | |
| 523. Johnson & Johnson - Stock | A | Dividend | K | T | Buy | 02/01/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 524.  Nextera Energy Inc. - Stock | A | Dividend | K | T | Sold (part) | 08/30/18 | J | A | |
| 525.  Lilly Eli & Co. - Stock | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 526.  Merck & Co., Inc. - Stock | A | Dividend | K | T | Buy | 02/01/17 | J | | |
| 527.  Metlife Inc. - Stock | A | Dividend | | | Sold (part) | 06/29/18 | J | A | |
| 528. | | | | | Sold | 11/13/18 | J | B | |
| 529.  Pfizer Inc. - Stock | A | Dividend | K | T | Sold (part) | 06/29/18 | J | A | |
| 530.  Philip Morris Intl Inc. - Stock | A | Dividend | K | T | Buy (add'l) | 08/20/18 | J | | |
| 531.  Raytheon Co - Stock | A | Dividend | K | T | Buy | 02/01/17 | J | | |
| 532.  Royal Dutch Shell PLC - Stock | B | Dividend | K | T | Buy | 02/01/17 | J | | |
| 533.  Siemens A G - Stock | A | Dividend | J | T | Buy (add'l) | 02/23/18 | J | | |
| 534.  Suntrust BKS Inc - Stock | A | Dividend | K | T | Buy (add'l) | 02/23/18 | J | | |
| 535. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 536.  Walgreens Boots Alliance Inc - Stock | A | Dividend | K | T | Buy | 06/25/18 | J | | |
| 537. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 538. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 539.  Welltower Inc- Stock | A | Dividend | K | T | Buy | 06/29/18 | J | | |
| 540.  Bank of America U.S. Trust TRUST EIC-MTV 8667 H | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 541. Microsoft Corp - Stock | A | Dividend | J | T | Sold | 06/07/18 | J | D | |
| 542. Johnson & Johnson - Stock | A | Dividend | J | T | Buy<br>(add'l) | 02/05/18 | J | | |
| 543. | | | | | Sold<br>(part) | 09/19/18 | J | A | |
| 544. | | | | | Buy<br>(add'l) | 09/25/18 | J | | |
| 545. | | | | | Buy<br>(add'l) | 12/31/18 | J | | |
| 546. Exelon Corp Com - Stock | A | Dividend | J | T | Sold<br>(part) | 08/23/18 | J | A | |
| 547. | | | | | Buy<br>(add'l) | 09/35/18 | J | | |
| 548. EBay Inc - Stock | A | Dividend | J | T | Sold<br>(part) | 03/09/18 | J | C | |
| 549. | | | | | Buy<br>(add'l) | 04/05/18 | J | | |
| 550. | | | | | Buy<br>(add'l) | 05/02/18 | J | | |
| 551. | | | | | Buy<br>(add'l) | 08/14/18 | J | | |
| 552. | | | | | Buy<br>(add'l) | 09/25/18 | J | | |
| 553. Baxter Intl Inc Com- Stock | A | Dividend | J | T | | | | | |
| 554. Cisco Sys Inc - Stock | A | Dividend | J | T | Sold<br>(part) | 03/06/18 | J | B | |
| 555. | | | | | Buy<br>(add'l) | 04/02/18 | J | A | |
| 556. | | | | | Sold<br>(part) | 09/19/18 | J | A | |
| 557. | | | | | Sold<br>(part) | 11/15/18 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 558.  Exxon Mobil Corp - Stock | A | Dividend | K | T | Buy<br>(add'l) | 04/04/18 | J | | |
| 559. | | | | | Sold<br>(part) | 09/19/18 | J | A | |
| 560.  GlaxoSmithKline PLV - Stock | A | Dividend | K | T | Buy<br>(add'l) | 01/23/18 | J | | |
| 561. | | | | | Sold<br>(part) | 09/19/18 | J | A | |
| 562.  Pepsico Inc- Stock | A | Dividend | J | T | Sold<br>(part) | 09/19/18 | J | A | |
| 563. | | | | | Buy<br>(add'l) | 09/24/18 | J | | |
| 564. | | | | | Buy<br>(add'l) | 09/27/18 | J | | |
| 565.  Procter & Gamble Co - Stock | A | Dividend | J | T | Buy<br>(add'l) | 02/08/18 | J | | |
| 566. | | | | | Buy<br>(add'l) | 02/28/18 | J | | |
| 567. | | | | | Buy<br>(add'l) | 06/15/18 | J | | |
| 568. | | | | | Sold<br>(part) | 09/19/18 | J | A | |
| 569. | | | | | Buy<br>(add'l) | 10/16/18 | J | | |
| 570. | | | | | Sold<br>(part) | 12/10/18 | J | A | |
| 571.  Annaly Cap Mgmt Inc. - Stock | A | Dividend | | | Buy<br>(add'l) | 02/25/18 | J | | |
| 572. | | | | | Sold | 12/17/18 | J | A | |
| 573.  Mack Cali Rlty Corp - Stock | A | Dividend | J | T | | | | | |
| 574.  Medtronic Inc Com - Stock | A | Dividend | J | T | Sold<br>(part) | 09/19/18 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 575.  Suntrust Bks Inc - Stock | A | Dividend | K | T | Sold<br>(part) | 09/19/18 | J | A | |
| 576. | | | | | Buy<br>(add'l) | 12/17/18 | J | | |
| 577.  Taiwan Semiconductor Mfg LTD - Stock | A | Dividend | | | Sold | 08/09/18 | J | C | |
| 578.  Honda Mtr Ltd - Stock | A | Dividend | J | T | Buy<br>(add'l) | 01/29/18 | J | | |
| 579. | | | | | Buy<br>(add'l) | 09/25/18 | J | | |
| 580.  Qualcomm Inc Com - Stock | A | Dividend | J | T | Sold<br>(part) | 09/19/18 | J | A | |
| 581. | | | | | Buy<br>(add'l) | 10/02/18 | J | | |
| 582.  Franklin Res Inc Com - Stock | A | Dividend | J | T | Buy<br>(add'l) | 09/25/18 | J | | |
| 583.  Whole Foods Mkt Inc Com - Stock | A | Dividend | J | T | | | | | |
| 584.  AmerisourceBergen Corp - Stpcl | A | Dividend | J | T | Buy | 09/07/18 | J | | |
| 585. | | | | | Buy<br>(add'l) | 09/14/18 | J | | |
| 586.  ConocoPhillips - Stock | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 587. | | | | | Sold<br>(part) | 09/19/18 | J | A | |
| 588. | | | | | Sold<br>(part) | 10/26/18 | J | A | |
| 589.  Diamond Offshore Drivving Inc. - Stock | A | Dividend | J | T | Buy | 05/23/18 | J | | |
| 590. | | | | | Sold<br>(part) | 09/25/18 | J | C | |
| 591.  Facebook - Stock | A | Dividend | J | T | Buy | 08/08/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 592. | | | | | Buy<br>(add'l) | 09/25/18 | J | | |
| 593. | | | | | Buy<br>(add'l) | 11/02/18 | J | | |
| 594. Haratford Finl Svcs Group Inc - Stock | | None | J | T | Buy | 12/17/18 | J | | |
| 595. Ishares Short Treas BD - ETF | A | Dividend | K | T | Buy | 04/27/18 | K | | |
| 596. | | | | | Sold<br>(part) | 09/24/18 | J | A | |
| 597. | | | | | Buy<br>(add'l) | 09/25/18 | J | | |
| 598. Kroger Co - Stock | A | Dividend | K | T | Buy | 03/16/18 | J | | |
| 599. | | | | | Sold<br>(part) | 08/14/18 | J | B | |
| 600. | | | | | Buy<br>(add'l) | 09/18/18 | J | | |
| 601. Lowes Cos Inc - Stock | A | Dividend | K | T | Buy | 08/28/18 | J | | |
| 602. | | | | | Sold<br>(part) | 09/19/18 | J | A | |
| 603. | | | | | Buy<br>(add'l) | 10/10/18 | J | | |
| 604. McKesson Corp - Stock | A | Dividend | J | T | Buy | 09/25/18 | J | | |
| 605. Mohawk Inds Inc - Stock | | None | J | T | Buy | 09/19/18 | J | | |
| 606. | | | | | Buy<br>(add'l) | 09/25/18 | J | | |
| 607. Molson Coors Brewsing Co - Stock | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 608. | | | | | Buy<br>(add'l) | 04/30/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 609. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 610. | | | | | Sold (part) | 09/19/18 | J | A | |
| 611. National Grid PLC - Stock | A | Dividend | J | T | Buy | 02/20/18 | J | | |
| 612. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 613. | | | | | Sold (part) | 09/19/18 | J | A | |
| 614. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 615. PPG INDS INC - Stock | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 616. | | | | | Sold (part) | 09/27/18 | J | | |
| 617. Schlumberger Ltd - Stock | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 618. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 619. United Parcel Svc Inc. - Stock | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 620. | | | | | Sold (part) | 09/19/18 | J | A | |
| 621. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 622. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 623. Verizon Communications - Stock | A | Dividend | K | T | Buy | 06/15/18 | J | | |
| 624. | | | | | Sold (part) | 09/19/18 | J | A | |
| 625. | | | | | Buy (add'l) | 09/25/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 626. Bank of America 0358 H | | | | | | | | | |
| 627. ABBOTT LABS COM - Stock | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 628. ABBVIE INC COM - Stock | A | Dividend | J | T | | | | | |
| 629. ACTIVISION BLIZZARD INC COM - Stock | A | Dividend | J | T | Buy (add'l) | 09/14/18 | J | | |
| 630. | | | | | Sold (part) | 10/26/18 | J | A | |
| 631. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 632. ADOBE SYS INC COM - Stock | A | Dividend | J | T | | | | | |
| 633. ADVANCED AUTO PTS INC. - Stock | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 634. ADVANCED MICRO DEVICES | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 635. | | | | | Sold | 05/01/18 | J | A | |
| 636. | | | | | Buy | 07/27/18 | J | | |
| 637. AES CORP COM - Stock | A | Dividend | J | T | Buy (add'l) | 02/22/18 | J | | |
| 638. | | | | | Sold (part) | 05/05/18 | J | A | |
| 639. AETNA INC NEW COM - Stock | A | Dividend | | | Buy (add'l) | 09/14/18 | J | | |
| 640. | | | | | Sold | 10/26/18 | J | A | |
| 641. AFFILIATED MANAGERS GROUP - Stock | A | Dividend | J | T | Buy | 10/26/18 | J | | |
| 642. | | | | | Sold | 11/17/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 643. | | | | | Buy | 12/14/18 | J | | |
| 644. AFLAC INC COM - Stock | A | Dividend | M | T | | | | | |
| 645. AGILENT TECHNOLOGIES INC COM - Stock | A | Dividend | J | T | | | | | |
| 646. AIR PRODS & CHEMS INC COM - Stock | A | Dividend | J | T | | | | | |
| 647. ALEXION PHARMACEUTICALS INC COM - Stock | A | Dividend | J | T | Buy | 04/18/18 | J | A | |
| 648. | | | | | Sold | 04/18/18 | J | A | |
| 649. | | | | | Buy | 06/01/18 | J | | |
| 650. ALLERGAN PLC - Stock | A | Dividend | | | Buy | 06/01/18 | J | | |
| 651. | | | | | Buy<br>(add'l) | 09/11/18 | J | | |
| 652. | | | | | Buy<br>(add'l) | 09/14/18 | J | | |
| 653. | | | | | Sold | 12/14/18 | J | A | |
| 654. ALLIANCE DATA SYS CORP - Stock | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 655. | | | | | Sold | 10/26/18 | J | A | |
| 656. | | | | | Buy | 12/14/18 | J | | |
| 657. ALLSTATE CORP COM - Stock | A | Dividend | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 658. | | | | | Sold | 06/01/18 | J | A | |
| 659. ALPHABET INC - Stock | A | Dividend | J | T | Buy | 10/26/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 660. | | | | | Sold (part) | 12/14/18 | J | A | |
| 661. ALTERA CORP COM - Stock | A | Dividend | J | T | Buy (add'l) | 04/18/18 | J | A | |
| 662. ALTRIA GROUP INC COM - Stock | A | Dividend | J | T | Sold (part) | 06/01/18 | J | A | |
| 663. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 664. | | | | | Sold (part) | 12/14/18 | J | A | |
| 665. AMAZON COM INC COM - Stock | A | Dividend | J | T | | | | | |
| 666. AMEREN CORP COM - Stock | A | Dividend | J | T | | | | | |
| 667. AMERICAN ELEC PWR INC COM - Stock | A | Dividend | J | T | | | | | |
| 668. AMERICAN INTL GROUP INC NEW COM - Stock | A | Dividend | | | Buy (add'l) | 02/22/18 | J | | |
| 669. | | | | | Sold (part) | 04/18/18 | J | A | |
| 670. | | | | | Sold | 04/18/18 | J | A | |
| 671. | | | | | Buy | 06/01/18 | J | | |
| 672. | | | | | Sold | 09/14/18 | J | A | |
| 673. | | | | | Buy | 10/26/18 | J | | |
| 674. | | | | | Sold | 12/14/18 | J | A | |
| 675. AMERICAN TOWER CORP COM - Stock | A | Dividend | J | T | | | | | |
| 676. AMERISOURCEBERGEN CORP COM - Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 677.  AMETEK INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 678.  AMGEN INC COM - Stock | A | Dividend | J | T | Sold (part) | | | | |
| 679.  AMPHENOL CORP NEW CL A - Stock | A | Dividend | J | T | | | | | |
| 680.  ANALOG DEVICES INC - Stock | A | Dividend | J | T | Buy | 10/26/18 | J | | |
| 681. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 682.  ANTHEM INC COM | A | Dividend | J | T | | | | | |
| 683.  AON PLC COM ISIN GB00B5BT0K07 - Stock | A | Dividend | J | T | | | | | |
| 684.  APACHE CORP COM - Stockl | A | Dividend | J | T | Sold | 02/22/18 | J | A | |
| 685. | | | | | Buy | 04/18/18 | J | | |
| 686. | | | | | Sold | 06/01/18 | J | A | |
| 687. | | | | | Buy | 09/11/18 | J | | |
| 688. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 689. | | | | | Sold (part) | 10/26/18 | J | A | |
| 690. | | | | | Sold | 10/26/18 | J | A | |
| 691. | | | | | Buy | 12/14/18 | J | | |
| 692.  APPLE INC COM - Stockl | A | Dividend | J | T | | | | | |
| 693.  APPLIED MATLS INC COM Stock | A | Dividend | J | T | Sold (part) | 07/27/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 694. ARCHER DANIELS MIDLAND CO COM - Stock | A | Dividend | J | T | Buy (add'l) | 02/22/18 | J | | |
| 695. | | | | | Sold (part) | 06/01/18 | J | A | |
| 696. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 697. | | | | | Sold (part) | 12/14/18 | J | A | |
| 698. AUTODESK INC - Stock | A | Dividend | J | T | Buy | 10/26/18 | J | | |
| 699. AUTOMATAIC DATA PROCESSING INC COM - Stock | A | Dividend | J | T | | | | | |
| 700. AVAGO TECHNOLOGIES LTD COM SINGAPORE - Stock | A | Dividend | J | T | | | | | |
| 701. AVALONBAY CMNTYS INC - Stock | | None | J | T | Buy | 04/18/18 | J | | |
| 702. | | | | | Sold | 06/01/18 | J | A | |
| 703. | | | | | Buy | 10/26/18 | J | | |
| 704. BAKER HUGHES A GE CO - Stock | A | Dividend | | | Buy | 02/22/18 | J | | |
| 705. | | | | | Sold | 12/14/18 | J | A | |
| 706. BARD C R INC COM - Stock | | None | | | Sold | 01/12/18 | J | A | |
| 707. BAXTER INTL INC COM - Stock | A | Dividend | J | T | Buy | 04/18/18 | J | A | |
| 708. BB&T CORP COM - Stock | A | Dividend | J | T | | | | | |
| 709. BECTON DICKINSON & CO COM - Stock | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 710. | | | | | Sold (part) | 12/14/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 711. BERKSHIRE HATHAWAY INC DEL - Stock | | None | J | T | Buy | 09/14/18 | J | | |
| 712. | | | | | Sold (part) | 10/26/18 | J | A | |
| 713. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 714. BIOGEN IDEC IN COM - Stock | A | Dividend | J | T | | | | | |
| 715. BLACKROCK INC CL A - Stock | A | Dividend | J | T | | | | | |
| 716. BOEING CO COM - Stock | A | Dividend | J | T | | | | | |
| 717. BORG WARNER INC COM - Stock | A | Dividend | K | T | | | | | |
| 718. BOSTON PROPERTIES INC COM - Stock | A | Dividend | K | T | | | | | |
| 719. BOSTON SCIENTIFIC CORP COM - Stock | A | Dividend | K | T | | | | | |
| 720. BRISTOL MYERS SQUIBB CO COM - Stock | A | Dividend | J | T | Sold | 04/18/18 | J | A | |
| 721. | | | | | Buy | 06/01/18 | J | | |
| 722. | | | | | Sold | 10/26/18 | J | A | |
| 723. | | | | | Buy | 12/14/18 | J | | |
| 724. BROADCOM INC - Stock | A | Dividend | J | T | Buy | 09/14/18 | J | | |
| 725. BROOKFIELD PROPERTY PARTNERS LP - Stock | A | Dividend | | | Buy | 10/18/18 | J | | |
| 726. | | | | | Sold (part) | 10/25/18 | J | A | |
| 727. | | | | | Sold | 12/14/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 728. BROWN FORMAN CORP CL B - Stock | A | Dividend | J | T | | | | | |
| 729. CA INC COM - Stock | A | Dividend | | | Sold | 01/31/18 | J | A | |
| 730. CABLEVISION SYS CORP CABLEVISION NY GROUP CLASS A COM - Stock | A | Dividend | J | T | | | | | |
| 731. CAMPBELL SOUP CO - Stock | | None | J | T | Buy | 12/14/18 | J | | |
| 732. CAMERON INTL CORP COM - Stock | A | Dividend | J | T | | | | | |
| 733. CARDINAL HEALTH INC COM- - Stock | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 734. CARNIVAL CORP PAIRED CTF 1 COM PANAMA - Stock | A | Dividend | J | T | | | | | |
| 735. CATERPILLAR INC - Stock | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 736. | | | | | Sold<br>(part) | 10/26/18 | J | A | |
| 737. CBOE HLDGS INC. - Stock | A | Dividend | | | Buy | 10/26/18 | J | | |
| 738. | | | | | Sold | 12/14/18 | J | A | |
| 739. CBS CORP NEW CL A COM - Stock | A | Dividend | J | T | | | | | |
| 740. CELGENE CORP - Stock | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 741. | | | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 742. | | | | | Sold | 06/01/18 | J | A | |
| 743. | | | | | Buy | 07/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 744. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 745. | | | | | Sold | 10/26/18 | J | A | |
| 746. | | | | | Buy | 12/14/18 | J | | |
| 747. CENTENE CORP - Stock | A | Dividend | J | T | Buy | 10/28/18 | J | | |
| 748. | | | | | Sold (part) | 12/14/18 | J | A | |
| 749. CENTERPOINT ENERGY INC | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 750. CENTURYLINK INC | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 751. | | | | | Sold (part) | 04/18/18 | J | A | |
| 752. | | | | | Sold (part) | 12/14/18 | J | A | |
| 753. CERNER CORP COM - Stock | A | Dividend | | | Buy (add'l) | 04/18/18 | J | | |
| 754. | | | | | Sold | 12/14/18 | J | A | |
| 755. CF INDS HLDGS INC COM - Stock | A | Dividend | J | T | | | | | |
| 756. CHUBB LTD - Stock | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 757. | | | | | Sold (part) | 04/18/18 | J | A | |
| 758. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 759. | | | | | Sold (part) | 10/26/18 | J | A | |
| 760. | | | | | Buy (add'l) | 12/14/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 761. CIGMA CORP COM - Stock | A | Dividend | J | T | | | | | |
| 762. CINCINNATI FINL CORP COM - Stock | A | Dividend | J | T | | | | | |
| 763. CISCO SYS INC COM - Stock | A | Dividend | J | T | Sold<br>(part) | 01/31/18 | J | A | |
| 764. CITIGROUP INC NEW COM - Stock | A | Dividend | J | T | Sold<br>(part) | 06/01/18 | J | A | |
| 765. CITRIZ SYS INC COM - Stock | A | Dividend | J | T | | | | | |
| 766. CLOROX CO COM - Stock | A | Dividend | J | T | | | | | |
| 767. CMS ENERGY CORP COM - Stock | A | Dividend | J | T | | | | | |
| 768. COACH INC COM - Stock | A | Dividend | J | T | | | | | |
| 769. COCA-COLA ENTERPRISES INC NEW COM - Stock | A | Dividend | J | T | Buy<br>(add'l) | 01/31/18 | J | | |
| 770. | | | | | Buy<br>(add'l) | 02/28/18 | J | | |
| 771. COGNIZANT TECHNOLOGY SOLUTIONS CL A - Stock | A | Dividend | J | T | | | | | |
| 772. COLGATE PALMOLIVE CO COM - Stock | A | Dividend | J | T | Sold<br>(part) | 06/01/18 | J | A | |
| 773. | | | | | Buy<br>(add'l) | 09/14/18 | J | A | |
| 774. | | | | | Sold<br>(part) | 10/26/18 | J | A | |
| 775. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 776. COLUMBIA PIPELINE GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 777. C0NCHO RES INC - Stock | | None | J | T | Buy | 09/11/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 778. | | | | | Sold (part) | 12/14/18 | J | | |
| 779. CONOCOPHILLIPS COM - Stock | A | Dividend | J | T | Buy (add'l) | 10/26/18 | J | | |
| 780. | | | | | Sold (part) | 12/14/18 | J | A | |
| 781. | | | | | Sold (part) | 09/06/18 | J | A | |
| 782. CONSOL ENERGY INC COM - Stock | A | Dividend | J | T | Sold (part) | 02/29/18 | J | A | |
| 783. CONSOLIDATED EDISON INC - Stock | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 784. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 785. | | | | | Sold (part) | 10/26/18 | J | A | |
| 786. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 787. CONSTELLATION BRANDS INC CL A Stock | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 788. CORNING NC COM - Stock | A | Dividend | | | Buy (add'l) | 04/18/18 | J | | |
| 789. | | | | | Sold | 06/01/18 | J | A | |
| 790. | | | | | Buy | 07/27/18 | J | | |
| 791. | | | | | Sold | 10/26/18 | J | A | |
| 792. COSTCO WHSL CORP NEW COM - Stock | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 793. | | | | | Sold (part) | 09/06/18 | J | A | |
| 794. | | | | | Buy (add'l) | 11/01/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 795. COTY INC - Stock | A | Dividend | | | Buy | 04/18/18 | J | | |
| 796. | | | | | Sold | 06/01/18 | J | A | |
| 797. | | | | | Buy | 07/27/18 | J | | |
| 798. | | | | | Sold | 09/11/18 | J | A | |
| 799. CROWN CASTLE INTL CORP REITS - Stock | A | Dividend | J | T | | | | | |
| 800. CSX CORP COM - Stock | A | Dividend | J | T | | | | | |
| 801. DANAHER CORP DEL COM - Stock | A | Dividend | J | T | Buy (add'l) | 09/14/18 | J | | |
| 802. | | | | | Sold (part) | 10/26/18 | J | A | |
| 803. | | | | | Buy (add'l) | 12/14/18 | J | A | |
| 804. DEERE & CO COM - Stock | A | Dividend | J | T | Buy (add'l) | 09/11/18 | J | | |
| 805. | | | | | Sold (part) | 10/26/18 | J | A | |
| 806. DELTA AIR LINES INC DEL NEW COM - Stock | A | Dividend | J | T | | | | | |
| 807. DENTSPLY INTL INC NEW COM - Stock | A | Dividend | | | Sold (part) | 02/22/18 | J | A | |
| 808. | | | | | Sold | 04/18/18 | J | A | |
| 809. DIAMOND OFFSHORE DRILLING INC COM - Stock | A | Dividend | J | T | | | | | |
| 810. DIGITAL RLTY TR INC - Stock | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 811. DISCOVER FINL SVCS COM - Stock | A | Dividend | | | Buy (add'l) | 04/18/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 812. | | | | | Sold | 04/19/18 | J | A | |
| 813. DISH NETWORK CORP - Stock | | None | J | T | Buy | 06/01/18 | J | | |
| 814. DISNEY WALT CO COM DISNEY - Stock | A | Dividend | J | T | Buy (add'l) | 02/22/18 | J | | |
| 815. | | | | | Sold (part) | 04/18/18 | J | A | |
| 816. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 817. DOLLAR GEN CORP NEW COM - Stock | A | Dividend | J | T | | | | | |
| 818. DOMINION Engery - Stock | A | Dividend | J | T | Sold (part) | 02/22/18 | J | A | |
| 819. | | | | | Sold | 04/18/18 | J | A | |
| 820. | | | | | Buy | 09/14/18 | J | | |
| 821. DOVER CORP COM - Stock | A | Dividend | K | T | | | | | |
| 822. DTE ENERGY CO COM - Stock | A | Dividend | K | T | | | | | |
| 823. DOWDUPONT INC - Stock | A | Dividend | J | T | Sold (part) | 12/14/18 | J | A | |
| 824. DUKE ENERGY CORP NEW COM - Stock | A | Dividend | K | T | | | | | |
| 825. DUN & BRADSTREET CORP DEL NEW COM - Stock | A | Dividend | K | T | | | | | |
| 826. E TRADE FINL CORP NEW COM - Stock | A | Dividend | K | T | | | | | |
| 827. EASTMAN CHEM CO COM - Stock | A | Dividend | K | T | | | | | |
| 828. EATON CORP PLC COM IRELAND - Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 829.  EBAY INC COM - Stock | A | Dividend | J | T | | | | | |
| 830.  ECOLAB INC COM - Stock | A | Dividend | J | T | | | | | |
| 831.  EDWARDS LIFESCIENCES CORP COM - Stock | A | Dividend | J | T | | | | | |
| 832.  ELECTRONIC ARTS INC COM - Stock | A | Dividend | J | T | | | | | |
| 833.  EMC CORP COM - Stock | A | Dividend | J | T | | | | | |
| 834.  EMERSON ELEC CO COM - Stock | A | Dividend | J | T | | | | | |
| 835.  ENDO9 INTERNATIONAL PLC COM IRELAND - Stock | A | Dividend | J | T | | | | | |
| 836.  ENSCO PLC CL A - Stock | A | Dividend | J | T | | | | | |
| 837.  ENTERGY CORP NEW COM - Stock | A | Dividend | J | T | Buy (add'l) | 02/28/17 | J | A | |
| 838.  EOG RES INC COM - Stock | A | Dividend | J | T | Buy (add'l) | 09/11/18 | J | | |
| 839. | | | | | Sold (part) | 10/26/18 | J | A | |
| 840. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 841.  EQT CORP COM - Stock | A | Dividend | | | Buy | 06/01/18 | J | | |
| 842. | | | | | Sold | 09/11/18 | J | A | |
| 843.  EQUIFAX INC COM - Stock | A | Dividend | J | T | | | | | |
| 844.  EQUITY RESIDENTIAL SH BEN INT - Stock | A | Dividend | J | T | Buy (add'l) | 02/22/18 | J | | |
| 845.  EVERSOURCE ENERGY COM - Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 846. EXELON CORP COM - Stock | A | Dividend | J | T | | | | | |
| 847. EXPEDIA INC DEL NEW COM - Stock | | None | | | Sold | 02/22/18 | J | A | |
| 848. EXPEDITORS INTL WASHINGTON INC COM - Stock | A | Dividend | J | T | | | | | |
| 849. EXPRESS SCRIPTS HLDG CO - Stock | | None | J | T | Buy | 04/18/18 | J | | |
| 850. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 851. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 852. EXXON MOBIL CORP COM - Stock | A | Dividend | J | T | Buy (add'l) | 02/22/18 | J | | |
| 853. | | | | | Sold (part) | 04/18/18 | J | A | |
| 854. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 855. | | | | | Sold (part) | 10/26/18 | J | A | |
| 856. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 857. F,C CORP COM NEW - Stock | A | Dividend | J | T | | | | | |
| 858. FACEBOOK INC CL A COM - Stock | A | Dividend | J | T | Buy (add'l) | 10/26/18 | J | | |
| 859. | | | | | Sold (part) | 12/14/18 | J | A | |
| 860. FASTENAL CO COM - Stock | A | Dividend | J | T | | | | | |
| 861. FEDERAL REALTY INVT TR - Stock | | None | | | Buy | 04/18/18 | J | | |
| 862. | | | | | Sold | 06/01/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 863.  FEDEX CORP COM - Stock | A | Dividend | J | T | | | | | |
| 864.  FIFTH THIRD BANCOROP COM - Stock | A | Dividend | J | T | | | | | |
| 865.  FIRST SOLAR INC COM - Stock | A | Dividend | J | T | | | | | |
| 866.  FIRSTENERGY CORP COM - Stock | A | Dividend | J | T | | | | | |
| 867.  FISERV INC COM - Stock | A | Dividend | | | Buy<br>(add'l) | 09/14/18 | J | | |
| 868. | | | | | Sold | 10/26/18 | J | A | |
| 869.  FLIR SYS INC COM - Stock | A | Dividend | J | T | | | | | |
| 870.  FLOWSERVE CORP COM - Stock | A | Dividend | J | T | | | | | |
| 871.  FORD MTR CO DEL COM PAR $0.01 -<br>Stock | A | Dividend | J | T | Sold<br>(part) | 02/22/18 | J | A | |
| 872. | | | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 873. | | | | | Sold<br>(part) | 07/27/18 | J | A | |
| 874. | | | | | Sold | 07/27/18 | J | A | |
| 875. | | | | | Buy | 09/13/18 | J | | |
| 876. | | | | | Sold | 10/26/18 | J | A | |
| 877. | | | | | Buy | 12/14/18 | J | | |
| 878.  FORTIVE CORP | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 879.  FORTUNE BRANDS HOME & SEC INC.<br>- Stock | A | Dividend | J | T | Buy | 06/01/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 880. | | | | | Sold | 07/27/18 | J | A | |
| 881. | | | | | Buy | 12/14/18 | J | | |
| 882.  FOSSIL GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 883.  FRANKLIN RES INC COM - Stock | A | Dividend | J | T | Sold | 09/11/18 | J | A | |
| 884. | | | | | Buy | 10/26/18 | J | | |
| 885.  FREEPORT-MCMORAN INC COM - Stock | A | Dividend | J | T | | | | | |
| 886.  FRONTIER COMMUNICATIONS CORP COM - Stock | A | Dividend | J | T | | | | | |
| 887.  GAP INC DEL COM - Stock | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | |
| 888.  GARRETT MOTION INC. - Stock | | None | J | T | Open | 10/01/18 | | | |
| 889. | | | | | Sold (part) | 12/17/18 | J | A | |
| 890.  GGP INC | A | Dividend | | | Buy | 02/22/18 | J | | |
| 891. | | | | | Sold | 04/18/18 | J | A | |
| 892. | | | | | Buy | 06/01/18 | J | | |
| 893. | | | | | Sold | 08/30/18 | J | A | |
| 894.  GENERAL DYNAMICS CORP COM - Stock | A | Dividend | J | T | Sold (part) | 10/26/18 | J | A | |
| 895. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 896.  GENERAL ELEC CO COM - Stock | A | Dividend | | | Sold | 02/22/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 897. | | | | | Buy | 04/18/18 | J | | |
| 898. | | | | | Buy<br>(add'l) | 07/27/18 | J | | |
| 899. | | | | | Sold<br>(part) | 09/14/18 | J | A | |
| 900. | | | | | Sold | 09/14/18 | J | A | |
| 901. | | | | | Buy | 10/26/18 | J | | |
| 902. | | | | | Sold | 12/14/18 | J | B | |
| 903. GENERAL GROWTH PPTYS INC NEW<br>REITS - Stock | A | Dividend | J | T | | | | | |
| 904. GENERAL MTRS INC COM - Stock | A | Dividend | J | T | Sold<br>(part) | 04/18/18 | J | A | |
| 905. | | | | | Sold<br>(part) | 09/11/18 | J | B | |
| 906. | | | | | Sold<br>(part) | 09/14/18 | J | A | |
| 907. | | | | | Buy<br>(add'l) | 10/26/18 | J | | |
| 908. GENUINE PARTS CO COM - Stock | A | Dividend | J | T | Sold<br>(part) | 04/18/18 | J | A | |
| 909. GENWORTH FINL INC CL A COM -<br>Stock | A | Dividend | J | T | | | | | |
| 910. GILEAD SCIENCES INC COM - Stock | A | Dividend | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 911. | | | | | Sold<br>(part) | 06/01/18 | J | A | |
| 912. | | | | | Sold<br>(part) | 06/01/18 | J | A | |
| 913. | | | | | Buy<br>(add'l) | 07/27/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 914. | | | | | Sold (part) | 09/11/18 | J | A | |
| 915. | | | | | Sold | 09/14/18 | J | A | |
| 916. | | | | | Buy | 10/26/18 | J | | |
| 917. | | | | | Sold | 12/14/18 | J | A | |
| 918. GOLDMAN SACHS GROUP INC COM - Stock | A | Dividend | J | T | Sold (part) | 12/13/18 | J | A | |
| 919. GOODYEAR TIRE & RUBR CO COM - Stock | A | Dividend | | | Sold | 02/22/18 | J | A | |
| 920. GOGGLE INC CL A COM - Stock | A | Dividend | J | T | | | | | |
| 921. HALLIBURTON CO - Stock | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 922. | | | | | Sold (part) | 07/27/18 | J | A | |
| 923. | | | | | Sold (part) | 09/11/18 | J | A | |
| 924. | | | | | Buy (add'l) | 12/14/18 | J | A | |
| 925. HARMAN INTL INDS INC COM - Stock | A | Dividend | J | T | | | | | |
| 926. HARRIS CORP DEL COM - Stock | | None | J | T | Buy (add'l) | 12/14/18 | J | | |
| 927. HARTFORD FINL SVCS GROUP INC COM - Stock | A | Dividend | J | T | Buy (add'l) | 04/08/18 | J | | |
| 928. | | | | | Sold | 06/01/18 | J | A | |
| 929. HCA HLDGS INC COM - Stock | A | Dividend | J | T | | | | | |
| 930. HCP INC REIT - Stock | | None | | | Buy (add'l) | 02/22/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 931. | | | | | Sold | 04/18/18 | J | A | |
| 932. HEALTH CARE REIT INC COM - Stock | A | Dividend | J | T | | | | | |
| 933. HELMERICH & PAYNE INC - Stock | A | Dividend | J | T | Buy | 09/14/18 | J | | |
| 934. | | | | | Sold<br>(part) | 10/26/18 | J | A | |
| 935. HERSHEY CO COM - Stock | A | Dividend | J | T | | | | | |
| 936. HESS CORP COM - Stock | A | Dividend | J | T | | | | | |
| 937. HEWLETT PACKARD CO COM - Stock | A | Dividend | J | T | Buy<br>(add'l) | 07/27/18 | J | | |
| 938. | | | | | Sold<br>(part) | 12/14/18 | J | A | |
| 939. HOME DEPOT INC COM - Stock | A | Dividend | J | T | | | | | |
| 940. HONEYWELL INTL INC COM - Stock | A | Dividend | J | T | | | | | |
| 941. HOST HOTELS & RESORTS INC REIT -<br>Stock | A | Dividend | J | T | Buy<br>(add'l) | 09/11/18 | J | | |
| 942. | | | | | Sold<br>(part) | 10/26/18 | J | A | |
| 943. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 944. HUMANA INC COM - Stock | A | Dividend | J | T | | | | | |
| 945. HUNT J B TRANS SVCS INC COM -<br>Stock | A | Dividend | J | T | | | | | |
| 946. HUNTINGTON INGALLS INDS INC -<br>Stock | | None | J | T | Buy | 12/14/18 | J | | |
| 947. ILLINOIS TOOL WKS INC COM - Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 948. INCYTE CORP - Stock | | None | | | Buy | 04/18/18 | J | | |
| 949. | | | | | Sold | 06/01/18 | J | A | |
| 950. INTEGRYS ENERGY GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 951. INTEL CORP COM - Stock | A | Dividend | J | T | Buy (add'l) | 07/27/18 | J | | |
| 952. | | | | | Sold (part) | 09/11/18 | J | A | |
| 953. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 954. INTERCONTINENTAL EXCHANGE INC COM - Stock | A | Dividend | J | T | | | | | |
| 955. INTERNATIONAL BUSINESS MACHS - Stock | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 956. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 957. | | | | | Sold (part) | 09/11/18 | J | A | |
| 958. | | | | | Sold (part) | 10/26/18 | J | A | |
| 959. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 960. INTERNATIONAL PAPER CO COM - Stock | A | Dividend | J | T | Sold (part) | 10/26/18 | J | A | |
| 961. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 962. INTUIT COM - Stock | A | Dividend | J | T | | | | | |
| 963. INTUITIVE SURGICAL INC - Stock | | None | J | T | Buy | 12/14/18 | J | | |
| 964. INVESTCO LITD | A | Dividend | J | T | Buy | 04/18/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 965. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 966. | | | | | Sold | 07/27/18 | J | A | |
| 967. | | | | | Buy | 09/11/18 | J | | |
| 968. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 969. | | | | | Sold | 10/26/18 | J | A | |
| 970. | | | | | Buy | 12/14/18 | J | | |
| 971. IRON MOUNTAIN INC. - Stock | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 972. | | | | | Buy | 10/26/18 | J | | |
| 973. | | | | | Sold (part) | 10/26/18 | J | A | |
| 974. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 975. JACOBS ENGR GROUP INC DEL COM - Stock | A | Dividend | J | T | | | | | |
| 976. JEFFRIES FINL GROUP INC | A | Dividend | J | T | | 05/24/18 | | | |
| 977. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 978. | | | | | Sold (part) | 12/14/18 | J | A | |
| 979. | | | | | Buy (add'l) | 12/14/18 | J | A | |
| 980. JOHNSON CONTROLS INTL PLC | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 981. | | | | | Sold | 04/18/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 982. | | | | | Buy | 06/01/18 | J | | |
| 983. | | | | | Sold | 10/26/18 | J | A | |
| 984. | | | | | Buy | 12/14/18 | J | | |
| 985. JOHNSON & JOHNSON COM - Stock | A | Dividend | J | T | | | | | |
| 986. KELLOGG CO COM - Stock | A | Dividend | J | T | Buy<br>(add'l) | 02/22/18 | J | | |
| 987. | | | | | Sold | 04/18/18 | J | A | |
| 988. | | | | | Buy | 12/14/18 | J | | |
| 989. KEURIG GREEN MTN INC COM - Stock | A | Dividend | J | T | | | | | |
| 990. KEYCORP NEW COM - Stock | A | Dividend | J | T | | | | | |
| 991. KIMCO REALTY CORP COM - Stock | A | Dividend | | | Buy<br>(add'l) | 02/22/18 | J | | |
| 992. | | | | | Sold | 04/18/18 | J | A | |
| 993. | | | | | Buy | 06/01/18 | J | | |
| 994. | | | | | Sold | 10/26/18 | J | A | |
| 995. KINDER MORGAN INC DEL - Stock | A | Dividend | J | T | Buy | 10/26/18 | J | | |
| 996. KLA TENCOR CORP - Stock | A | Dividend | | | Buy | 04/18/18 | J | | |
| 997. | | | | | Sold | 07/27/18 | J | A | |
| 998. | | | | | Buy | 09/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Snyder, Christina A.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 999. | | | | | Sold | 10/26/18 | J | A | |
| 1000. KOHLS CORP COM - Stock | A | Dividend | J | T | | | | | |
| 1001. KRAFT HEINZ CORP- Stock | A | Dividend | J | T | Sold<br>(part) | 02/22/18 | J | A | |
| 1002. | | | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 1003. | | | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 1004. | | | | | Sold<br>(part) | 07/27/18 | J | A | |
| 1005. | | | | | Buy<br>(add'l) | 09/11/18 | J | | |
| 1006. | | | | | Sold<br>(part) | 10/26/18 | J | A | |
| 1007. | | | | | Sold<br>(part) | 12/14/18 | J | A | |
| 1008. KROGER CO COM - Stock | A | Dividend | J | T | Sold | 04/18/18 | J | A | |
| 1009. | | | | | Buy | 10/26/18 | J | | |
| 1010. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 1011. L BRANDS INC COM - Stock | A | Dividend | | | Sold | 04/18/18 | J | A | |
| 1012. | | | | | Buy | 06/01/18 | J | A | |
| 1013. | | | | | Sold | 07/27/18 | J | A | |
| 1014. LAM RESEARCH CORP - Stock | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 1015. | | | | | Sold<br>(part) | 09/11/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1016. LENNAR CORP COM - Stock | A | Dividend | | | Sold | 10/26/18 | J | A | |
| 1017. LEVEL 3 COMMUNICATIONS INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 1018. LILLY ELI & CO COM - Stock | A | Dividend | J | T | | | | | |
| 1019. LINCOLN NATL CORP IND COM - Stock | A | Dividend | J | T | Sold (part) | 09/11/18 | J | A | |
| 1020. | | | | | Sold (part) | 10/26/18 | J | A | |
| 1021. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 1022. LINDE PLC - Stock | A | Dividend | J | T | | 10/31/18 | J | | |
| 1023. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 1024. LOCKHEED MARTIN CORP COM - Stock | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 1025. LOEWS CORP COM - Stock | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 1026. | | | | | Sold (part) | 12/14/18 | J | A | |
| 1027. LYONDELLBASELL INDUSTRIES NV CL A COM NETHERLANDS - Stock | A | Dividend | J | T | | | | | |
| 1028. M & T BK CORP - Stock | A | Dividend | J | T | Buy | 10/26/18 | J | | |
| 1029. | | | | | Sold (part) | 12/14/18 | J | A | |
| 1030. MACERICH CO COM - Stock | A | Dividend | | | Sold (part) | 04/18/18 | J | A | |
| 1031. | | | | | Sold | 06/01/18 | J | A | |
| 1032. MACYS INC COM - Stock | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1033. MALLINCKRODT PLC COM IRELAND-Stiock | A | Dividend | J | T | | | | | |
| 1034. MARATHON OIL CORP COM - Stock | A | Dividend | J | T | Sold | 02/22/18 | J | A | |
| 1035. | | | | | Buy | 12/14/18 | J | | |
| 1036. MARSH & MCLENNAN COS INC COM - Stock | A | Dividend | J | T | Buy (add'l) | 01/31/17 | J | | |
| 1037. MASCO CORP COM - Stock | A | Dividend | J | T | Sold (part) | 10/26/18 | J | A | |
| 1038. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 1039. MCCORMICK & CO INC COM NON VTG - Stock | A | Dividend | J | T | | | | | |
| 1040. MCGRAW HILL FINL INC COM - Stock | A | Dividend | J | T | | | | | |
| 1041. MCKESSON CORP COM - Stock | A | Dividend | | | Buy (add'l) | 09/11/18 | J | | |
| 1042. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 1043. | | | | | Sold (part) | 10/26/18 | J | A | |
| 1044. | | | | | Sold | 12/14/18 | J | A | |
| 1045. MEAD JOHNSON NUTRITION CO COM - Stock | A | Dividend | J | T | | | | | |
| 1046. MEADWESTVACO CORP COM - Stock | A | Dividend | J | T | | | | | |
| 1047. MEDTRONIC PLC COM IRELAND - Stock | A | Dividend | J | T | | | | | |
| 1048. MERCK& CO INC NEW COM - Stock | A | Dividend | J | T | Buy (add'l) | 02/22/18 | J | | |
| 1049. | | | | | Buy (add'l) | 04/18/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Snyder, Christina A.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1050. | | | | | Buy<br>(add'l) | 09/14/18 | J | | |
| 1051. METLIFE INC COM - Stock | A | Dividend | J | T | Sold<br>(part) | 02/22/18 | J | A | |
| 1052. | | | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 1053. | | | | | Sold<br>(part) | 06/01/18 | J | A | |
| 1054. | | | | | Buy<br>(add'l) | 09/11/18 | J | | |
| 1055. | | | | | Sold<br>(part) | 10/26/18 | J | A | |
| 1056. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 1057. MICHAEL KORS KLDGS LTD COM ISIN VGG607541015 VIRGIN ISLANDS - Stock | A | Dividend | J | T | | | | | |
| 1058. MICRON TECHNOLOGY INC COM - Stock | A | Dividend | J | T | Sold<br>(part) | 02/22/18 | J | A | |
| 1059. | | | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 1060. | | | | | Sold<br>(part) | 07/27/18 | J | A | |
| 1061. | | | | | Buy<br>(add'l) | 10/26/18 | J | A | |
| 1062. | | | | | Sold<br>(part) | 12/14/18 | J | A | |
| 1063. MICROSOFT CORP COM - Stock | A | Dividend | K | T | Buy<br>(add'l) | 12/14/18 | J | | |
| 1064. MID-AMER APT CMNTYS INC - Stock | A | Dividend | | | Buy | 04/18/18 | J | | |
| 1065. | | | | | Sold | 06/01/18 | J | A | |
| 1066. MOHAWK INDS INC COM - Stock | | None | J | T | Sold | 10/26/18 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1067. | | | | | Buy | 12/14/18 | J | | |
| 1068. MOLSON COORS BREWING CO - Stock | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 1069. | | | | | Sold | 04/18/18 | J | A | |
| 1070. | | | | | Buy | 06/01/18 | J | | |
| 1071. | | | | | Sold | 09/14/18 | J | A | |
| 1072. | | | | | Buy | 10/26/18 | J | | |
| 1073. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 1074. MONDELEZ INTL INC COM - Stock | A | Dividend | J | T | Buy (add'l) | 10/26/18 | J | | |
| 1075. MONSANTO CO NEW COM - Stock | A | Dividend | | | Sold | 06/07/18 | J | A | |
| 1076. MONSTER BEVERAGE CORP COM - Stock | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | |
| 1077. MOTOROLA SOLUTIONS INC NEW COM - Stock | A | Dividend | J | T | | | | | |
| 1078. MYLAN INC - Stock | | None | | | Buy | 04/18/18 | J | | |
| 1079. | | | | | Sold | 07/27/18 | J | A | |
| 1080. | | | | | Buy | 10/26/18 | J | | |
| 1081. | | | | | Sold | 12/14/18 | J | A | |
| 1082. NASDAQ INC COM - Stock | A | Dividend | J | T | | | | | |
| 1083. NATIONAL OILWELL VARCO INC - Stock | A | Dividend | | | Buy | 09/14/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1084. | | | | | Sold (part) | 10/26/18 | J | | |
| 1085. | | | | | Sold | 12/14/18 | J | A | |
| 1086. NETFLIX.COM INC COM - Stock | A | Dividend | J | T | | | | | |
| 1087. NEWELL RUBBERMAID INC COM - Stock | A | Dividend | J | T | Sold | 02/22/18 | J | A | |
| 1088. | | | | | Buy | 04/18/18 | J | | |
| 1089. | | | | | Sold | 09/11/18 | J | A | |
| 1090. | | | | | Buy | 12/04/18 | J | | |
| 1091. NEWMONT MNG CORP COM - Stock | A | Dividend | J | T | Buy (add'l) | 09/14/18 | J | | |
| 1092. NEWSCORP NEW CL A - Stock | A | Dividend | J | T | | | | | |
| 1093. NEXTERA ENERGY INC COM - Stock | A | Dividend | J | T | | | | | |
| 1094. NIELSEN HLDGS PIC - Stock | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 1095. | | | | | Sold | 06/01/18 | J | A | |
| 1096. | | | | | Buy | 07/27/18 | J | | |
| 1097. | | | | | Sold | 09/11/18 | J | A | |
| 1098. | | | | Q | Buy | 12/14/18 | J | | |
| 1099. NIELSEN N V COM NETHERLANDS - Stock | A | Dividend | J | T | | | | | |
| 1100. NIKE INC CL B - Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1101. NOBLE ENERGY CO - Stock | A | Dividend | | | Buy | 02/22/18 | J | | |
| 1102. | | | | | Sold (part) | 04/18/18 | J | A | |
| 1103. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 1104. | | | | | Sold (part) | 10/26/18 | J | A | |
| 1105. | | | | | Sold | 12/14/18 | J | A | |
| 1106. NORDSTROM INC COM - Stock | A | Dividend | J | T | | | | | |
| 1107. NORTHERN TR CORP COM - Stock | A | Dividend | J | T | | | | | |
| 1108. NORTHROP GRUMMAN CORP COM - Stock | A | Dividend | J | T | Buy (add'l) | 09/14/18 | J | | |
| 1109. NUCOR CORP COM - Stock | A | Dividend | J | T | Sold | 04/18/18 | J | A | |
| 1110. | | | | | Buy | 10/26/18 | J | | |
| 1111. | | | | | Sold (part) | 12/14/18 | J | A | |
| 1112. NVIDIA CORP COM - Stock | A | Dividend | J | T | Sold (part) | 12/14/18 | J | A | |
| 1113. O REILLY AUTOMOTIVE INC NEW COM - Stock | A | Dividend | J | T | Sold | 09/06/18 | J | A | |
| 1114. | | | | | Buy | 11/01/18 | J | | |
| 1115. OMNICOM GROUP INC COM - Stock | A | Dividend | J | T | Buy (add'l) | 10/26/18 | J | | |
| 1116. ONEOK INC NEW COM - Stock | A | Dividend | J | T | Buy (add'l) | 09/06/18 | J | | |
| 1117. | | | | | Sold (part) | 11/01/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1118. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 1119. ORACLE CORP COM - Stock | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 1120. | | | | | Buy (add'l) | 02/28/18 | J | | |
| 1121. OWENS ILL INC COM NEW - Stock | A | Dividend | J | T | | | | | |
| 1122. PARKER HANNIFIN CORP COM - Stock | A | Dividend | | | Buy (add'l) | 07/27/18 | J | | |
| 1123. | | | | | Sold | 10/26/18 | J | A | |
| 1124. PAYCHEX INC COM - Stock | A | Dividend | J | T | | | | | |
| 1125. PAYPAL - Stock | B | Dividend | J | T | | | | | |
| 1126. PEOPLE'S UTD FINL INC | | None | J | T | Buy | 09/14/18 | J | | |
| 1127. | | | | | Sold | 10/26/18 | J | | |
| 1128. | | | | | Buy | 12/14/18 | J | | |
| 1129. PEPSICO INC - Stock | A | Dividend | J | T | Buy | 09/14/18 | J | | |
| 1130. | | | | | Sold (part) | 10/26/18 | J | A | |
| 1131. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 1132. PERRIGO CO - Stock | A | Dividend | | | Buy | 02/22/18 | J | | |
| 1133. | | | | | Buy (add'l) | 04/18/18 | J | | |
| 1134. | | | | | Sold | 06/01/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1135. | | | | | Buy | 10/26/18 | J | | |
| 1136. | | | | | Sold | 12/14/18 | J | A | |
| 1137. PERKINELMER INC COM - Stock | A | Dividend | J | T | | | | | |
| 1138. PERSPECTA INC. - Stock | A | Dividend | | | | 06/01/18 | | | |
| 1139. | | | | | Sold (part) | 07/25/18 | J | A | |
| 1140. | | | | | Sold | 07/27/18 | J | A | |
| 1141. PG&E CORP - Stock | | None | | | Buy | 02/22/18 | J | | |
| 1142. | | | | | Sold | 12/14/18 | J | A | |
| 1143. PHILIP MORRIS INTL INC. - Stock | A | Dividend | | | Buy | 06/01/18 | J | | |
| 1144. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 1145. | | | | | Sold (part) | 09/11/18 | J | A | |
| 1146. | | | | | Sold (part) | 09/11/18 | J | A | |
| 1147. | | | | | Sold | 09/14/18 | J | A | |
| 1148. | | | | | Buy | 10/26/18 | J | | |
| 1149. | | | | | Sold | 12/14/18 | J | A | |
| 1150. PIONEER NAT RES CO COM - Stock | A | Dividend | J | T | | | | | |
| 1151. PPG INDS INC COM - Stock | A | Dividend | J | T | Buy (add'l) | 10/26/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1152. PPL CORP - Stock | A | Dividend | | | Buy | 04/18/18 | J | | |
| 1153. | | | | | Sold | 06/01/18 | J | A | |
| 1154. PRAXAIR INC - Stock | A | Dividend | | | Buy | 10/26/18 | J | | |
| 1155. | | | | | Distributed | 12/06/18 | J | A | |
| 1156. PRICE T ROWE GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 1157. PRINCIPAL FINL GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 1158. PROCTER & GAMBLE CO COM - Stock | A | Dividend | J | T | Sold (part) | 02/22/18 | J | A | |
| 1159. | | | | | Sold (part) | 04/18/18 | J | A | |
| 1160. | | | | | Sold (part) | 07/27/18 | J | A | |
| 1161. | | | | | Buy (add'l) | 09/14/18 | J | A | |
| 1162. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 1163. PROGRESSIVE CORP OHIO COM - Stock | A | Dividend | J | T | | | | | |
| 1164. PROLOGIS INC REITS - Stock | A | Dividend | | | Buy (add'l) | 04/18/18 | J | | |
| 1165. | | | | | Sold (part) | 06/01/18 | J | A | |
| 1166. | | | | | Sold | 07/27/18 | J | A | |
| 1167. | | | | | Buy | 09/14/18 | J | | |
| 1168. | | | | | Sold | 10/26/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1169. PRUDENTIAL FINL INC | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 1170. | | | | | Sold<br>(part) | 10/26/18 | J | A | |
| 1171. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 1172. PUBLIC SVC ENTERPRISE GROUP<br>COM - Stock | A | Dividend | J | T | | | | | |
| 1173. PULTEGROUP INC. - Stock | | None | J | T | Buy | 10/26/18 | J | | |
| 1174. QYANTA SVCS INC- Stock | A | Dividend | J | T | Buy | 10/26/18 | J | | |
| 1175. | | | | | Sold | 12/14/18 | J | A | |
| 1176. QUEST DIAGNOSTICS INC COM - Stock | A | Dividend | J | T | | | | | |
| 1177. RALPH LAUREN CORP CL A COM -<br>Stock | A | Dividend | J | T | | | | | |
| 1178. RANGE RES CORP COM - Stock | A | Dividend | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 1179. | | | | | Sold | 07/27/18 | J | A | |
| 1180. RAYTHEON CO COM NEW - Stock | A | Dividend | J | T | | | | | |
| 1181. REALTY INCOME CORP - Stock | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 1182. | | | | | Buy<br>(add'l) | 10/26/18 | J | | |
| 1183. RED HAT INC COM - Stock | A | Dividend | J | T | Buy<br>(add'l) | 12/14/18 | J | | |
| 1184. REGENCY CTRS CORP - Stock | A | Dividend | | | Buy | 04/18/18 | J | | |
| 1185. | | | | | Sold | 06/01/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1186. REGENERON PHARMACEUTICALS COM - Stock | A | Dividend | J | T | Buy (add'l) | 02/22/18 | J | | |
| 1187. | | | | | Sold | 04/18/18 | J | A | |
| 1188. | | | | | Buy | 06/01/18 | J | | |
| 1189. REGIONS FINL CORP NEW COM - Stock | A | Dividend | J | T | Sold (part) | 02/22/18 | J | A | |
| 1190. REPUBLIC SVCS INC COM - Stock | A | Dividend | J | T | | | | | |
| 1191. RESIDEO TECHNOLOGIES INC - Stock | | None | J | T | | 10/29/18 | | | |
| 1192. | | | | T | Sold (part) | 12/27/18 | J | A | |
| 1193. ROCKWELL COLLINS - Stock | A | Dividend | | | Buy | 10/26/18 | J | | |
| 1194. | | | | | Distributed | 11/28/18 | | | |
| 1195. ROSS STORES INC COM - Stock | A | Dividend | J | T | Buy (add'l) | 09/14/18 | J | | |
| 1196. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 1197. | | | | | Sold (part) | 12/14/18 | J | A | |
| 1198. SALESFORCE COM INC COM - Stock | A | Dividend | J | T | | | | | |
| 1199. SANDISK CORP COM - Stock | A | Dividend | J | T | | | | | |
| 1200. SCANA CORP NEW - Stock | A | Dividend | | | Buy | 02/22/18 | J | | |
| 1201. | | | | | Sold (part) | 04/18/18 | J | A | |
| 1202. | | | | | Sold | 09/11/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Snyder, Christina A.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1203. SCHLUMBERGER LTD COM CURACAO - Stock | A | Dividend | J | T | Buy (add'l) | 07/27/18 | J | | |
| 1204. | | | | | Sold (part) | 09/11/18 | J | A | |
| 1205. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 1206. | | | | | Sold (part) | 12/14/18 | J | A | |
| 1207. SCHWAB CHARLES CORP NEW COM - Stock | A | Dividend | J | T | Buy (add'l) | 09/14/18 | J | | |
| 1208. | | | | | Sold (part) | 10/26/18 | J | A | |
| 1209. SCRIPPS NETWORKS INTERACTIVE INC CL A COM - Stock | A | Dividend | | | Sold | 04/18/18 | J | A | |
| 1210. SEAGATE TECH COM IRELAND - Stock | A | Dividend | J | T | | | | | |
| 1211. SEMPRA ENERGY COM - Stock | A | Dividend | J | T | Buy (add'l) | 09/14/18 | J | | |
| 1212. | | | | | Sold | 10/26/18 | J | A | |
| 1213. | | | | | Buy | 12/14/18 | J | | |
| 1214. SIMON PPTY GROUP INC NEW COM - Stock | A | Dividend | J | T | Buy (add'l) | 06/01/18 | J | | |
| 1215. | | | | | Buy (add'l) | 09/11/18 | J | A | |
| 1216. | | | | | Sold (part) | 10/26/18 | J | | |
| 1217. SKYWORKS SOLUTIONS INC - Stock | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 1218. | | | | | Sold (part) | 04/18/18 | J | A | |
| 1219. | | | | | Buy | 06/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1220. | | | | | Sold | 07/27/18 | J | A | |
| 1221. | | | | | Buy | 12/14/18 | J | | |
| 1222. SL GREEN RLTY CORP COM - Stock | A | Dividend | J | T | Buy | 10/26/18 | J | A | |
| 1223. SMITH A O - Stock | A | Dividend | | | Buy | 10/26/18 | J | | |
| 1224. | | | | | Sold | 12/14/18 | J | A | |
| 1225. SMUCKER J M CO NEW COM - Stock | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 1226. | | | | | Sold | 09/11/18 | J | A | |
| 1227. | | | | | Buy | 12/14/18 | J | | |
| 1228. SNAP ON INC COM - Stock | A | Dividend | J | T | | | | | |
| 1229. SOUTHERN CO COM - Stock | A | Dividend | J | T | Sold (part) | 06/01/18 | J | A | |
| 1230. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 1231. SOUTHWEST AIRLS CO COM - Stock | A | Dividend | J | T | Buy (add'l) | 05/05/18 | J | | |
| 1232. | | | | | Sold (part) | 09/06/18 | J | A | |
| 1233. SPECTRA ENERGY CORP COM - Stock | A | Dividend | J | T | | | | | |
| 1234. STANLEY BLACK & DECKER INC COM - Stock | A | Dividend | J | T | | | | | |
| 1235. STARBUCKS CORP COM - Stock | A | Dividend | J | T | Buy (add'l) | 09/14/18 | J | | |
| 1236. STARWOOD HOTELS & RESORTS WORLDWIDE INC COM - Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1237. STATE STR CORP COM - Stock | A | Dividend | J | T | Sold | 10/26/18 | J | A | |
| 1238. | | | | | Buy | 12/14/18 | J | | |
| 1239. SYMANTEC CORP COM - Stock | A | Dividend | J | T | Buy<br>(add'l) | 04/18/18 | J | | |
| 1240. | | | | | Sold | 08/01/18 | J | A | |
| 1241. | | | | | Buy | 12/14/18 | J | | |
| 1242. TE CONNECTIVITY LTD COM<br>SWITZERLAND - Stock | A | Dividend | | | Buy<br>(add'l) | 10/26/18 | J | | |
| 1243. | | | | | Sold | 12/14/18 | J | A | |
| 1244. TECHNIPFMC PLC - Stock | A | Dividend | | | Buy | 09/11/18 | J | | |
| 1245. | | | | | Sold | 12/14/18 | J | A | |
| 1246. TEGNA INC COM - Stock | A | Dividend | J | T | | | | | |
| 1247. TENET HEALTHCARE CORP NEW<br>COM- Stock | A | Dividend | J | T | | | | | |
| 1248. TEXAS INSTRS INC COM - Stoick | A | Dividend | J | T | | | | | |
| 1249. TEXTRON INC COM - Stock | A | Dividend | J | T | Buy<br>(add'l) | 12/14/18 | J | | |
| 1250. THERMO FISHER SCIENTIFIC CORP<br>COM - Stock | A | Dividend | J | T | | | | | |
| 1251. TIFFANY & CO NEW COM - Stock | A | Dividend | J | T | | | | | |
| 1252. TOTAL SYS SVCS INC COM - Stock | A | Dividend | J | T | | | | | |
| 1253. TYCO INTL PLC COM IRELAND - Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1254. TYSON FOODS INC CL A - Stock | A | Dividend | J | T | | | | | |
| 1255. TWITTER INC. - Stock | A | Dividend | J | T | Buy | 09/11/18 | J | | |
| 1256. | | | | | Sold | 10/26/18 | J | A | |
| 1257. | | | | | Buy | 12/14/18 | J | | |
| 1258. UNDER ARMOUR INC CL A COM - Stock | A | Dividend | J | T | | | | | |
| 1259. UNION PAC CORP COM - Stock | A | Dividend | J | T | | | | | |
| 1260. UNITED CONTL HLDGS INC COM - Stock | A | Dividend | J | T | | | | | |
| 1261. UNITED PARACEL SVC INC - Stock | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 1262. UNITED RENTALS INC COM - Stock | A | Dividend | J | T | | | | | |
| 1263. UNITED HEALTH GROUP INC COM - Stock | A | Dividend | J | T | | | | | |
| 1264. UNITED TECHNOLOGIES CORP - Stock | | None | | | Sold (part) | 12/18/18 | J | A | |
| 1265. | | | | | Sold | 12/18/18 | J | A | |
| 1266. UNIVERSAL HLTH SVCS INC CL B - Stock | A | Dividend | J | T | | | | | |
| 1267. VF CORP COM - Stock | A | Dividend | J | T | | | | | |
| 1268. VALERO ENERGY CORP NEW COM - Stock | A | Dividend | J | T | | | | | |
| 1269. VENTAS INC. - Stock | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 1270. | | | | | Sold (part) | 01/11/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1271. | | | | | Buy | 04/18/18 | J | | |
| 1272. | | | | | Buy<br>(add'l) | 09/14/18 | J | | |
| 1273. | | | | | Sold<br>(part) | 10/26/18 | J | A | |
| 1274. VERIZON COMMUNICATIONS INC<br>COM - Stock | A | Dividend | J | T | Sold<br>(part) | 02/22/18 | J | A | |
| 1275. | | | | | Sold<br>(part) | 06/01/18 | J | A | |
| 1276. | | | | | Buy<br>(add'l) | 09/14/18 | J | | |
| 1277. VERTEX PHARMACEUTICALS INC<br>COM - Stock | A | Dividend | J | T | | | | | |
| 1278. VORNADO RLTY TR - Stock | A | Dividend | | | Buy | 04/18/18 | J | | |
| 1279. | | | | | Sold | 10/26/18 | J | A | |
| 1280. VULCAN MATLS CO COM - Stock | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 1281. WALGREENS BOOTS ALLIANCE INC -<br>Stock | A | Dividend | J | T | Sold<br>(part) | 06/01/18 | J | A | |
| 1282. | | | | | Buy<br>(add'l) | 07/27/18 | J | | |
| 1283. | | | | | Buy<br>(add'l) | 09/14/18 | J | | |
| 1284. | | | | | Buy<br>(add'l) | 10/26/18 | J | | |
| 1285. WASTE MGMT INC DEL COM - Stock | A | Dividend | J | T | | | | | |
| 1286. WEC ENERGY GROUP INC - Stock | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 1287. | | | | | Sold<br>(part) | 07/27/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1288. | | | | T | Buy<br>(add'l) | 10/26/18 | J | | |
| 1289. WELLTOWER INC - Stock | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 1290. | | | | | Sold | 04/18/18 | J | A | |
| 1291. | | | | | Buy | 06/01/18 | J | | |
| 1292. WESTERN DIGITAL CORP - Stock | A | Dividend | | | Buy | 09/11/18 | J | | |
| 1293. | | | | | Sold<br>(part) | 10/26/18 | J | A | |
| 1294. | | | | | Sold | 12/14/18 | J | A | |
| 1295. WESTROCK CO COM - Stock | A | Dividend | J | T | Buy<br>(add'l) | 07/27/18 | J | | |
| 1296. | | | | | Sold<br>(part) | 09/11/18 | J | A | |
| 1297. | | | | | Buy<br>(add'l) | 10/26/18 | J | | |
| 1298. WEYERHAEUSER CO - Stock | A | Dividend | | | Buy | 09/11/18 | J | | |
| 1299. | | | | | Sold<br>(part) | 10/26/18 | J | A | |
| 1300. | | | | | Sold | 12/14/18 | J | A | |
| 1301. WHIRLPOOOL CORP COM - Stock | A | Dividend | | | Buy<br>(add'l) | 09/11/18 | J | | |
| 1302. | | | | | Sold | 10/26/18 | J | A | |
| 1303. WILLIAMS COS INC DEL - Stock | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 1304. | | | | | Buy<br>(add'l) | 09/14/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Snyder, Christina A.** | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1305. | | | | | Sold<br>(part) | 10/26/18 | J | A | |
| 1306. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 1307. WISCONSIN ENERGY CORP COM - Stock | A | Dividend | J | T | | | | | |
| 1308. WYNN RESORTS LTD COM - Stock | A | Dividend | J | T | | | | | |
| 1309. XCEL ENERGY INC COM - Stock | A | Dividend | J | T | | | | | |
| 1310. XEROX CORP COM - Stock | A | Dividend | | | Sold | 06/01/18 | J | A | |
| 1311. XILINX INC COM - Stock | A | Dividend | J | T | | | | | |
| 1312. XL GROUP LTD - Stock | A | Dividend | | | Buy | 02/22/18 | J | | |
| 1313. | | | | | Sold | 09/12/18 | J | A | |
| 1314. YAHOO INC COM - Stock | A | Dividend | J | T | | | | | |
| 1315. ZIMMER BIOMET HLDGS INC COM - Stom | A | Dividend | | | Buy<br>(add'l) | 02/22/18 | J | | |
| 1316. | | | | | Sold | 04/18/18 | J | A | |
| 1317. | | | | | Buy | 07/27/18 | J | | |
| 1318. | | | | | Sold | 12/14/18 | J | A | |
| 1319. Rental Property #1 ▨▨▨▨▨ | D | Rent | P2 | W | | | | | |
| 1320. | | | | | | | | | |
| 1321. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Snyder, Christina A.** | 06/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Page -6 - Line 37 - Genter Advisors IRA Acct 1 - Name change from Dow E.E. duPont de Nemours & Company to Dowdupont Company
2. Part VII, Page 8 - Line 82 - Schwab changed name to Schwab Bank Sweep
3. Part VII, Page 27 - Line 399 - Trust D - Name change from Dow E.I. duPont de Nemours & Company to Dowdupont Company
4. Part VII, Page 29 - Line 437 - Regional Housing Fund 2LLC Limited Liability Company was closed on 6/30/17 - was inadvertently left off of 2017 Report
5. Part VII, Page 32 - Line 507 - Blackrock High Yield Bond - received in Corporate Action - no other details available
6. Part VII, Page 55 - Line 871 - Dominion Res INV UA New Com  name change to Dominion Energy
7. Part VII, Page 55 - Line 876 - Dow DuPont E.I. Newmours & Company name changed to Dow duPont Company
8. Part VII, Page 61 - Line 976 - Jeffries Finl Group Inc- received in Corporate Action - no other details available
9. Part VII, Page 64 - Line 1022 - Linde PLC Stock Received in Corporate Action - no other details available
10. Part VII, Page 64 - Line 1028 - Jacobs Engr Group Stock received in Corporate Action - no other details available
11. Part VII, Page 66 - Line 1056 - Name change from Kraft Foods Group to Kraft Heinz
12. Part VII, Page 71 - Line 1138 - Perspecta Inc Stock received in Corporate Action - no other details available
13. Part VII, Page 74 - Line 1191 - Resideo Tech Stock received in Corporate Action - no other details available

.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christina A. Snyder**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544